AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Samuel Christopher Fox<br><br>*Defendant* | ) Case: 1:21-mj-00479<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 6/15/2021<br>) Description: Complaint w/ Arrest Warrant<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    Samuel Christopher Fox                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct and Parading, Demonstrating, or Picketing in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 06/16/2021

Digitally signed by G. Michael Harvey
Date: 2021.06.16 11:25:19 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/16/2021, and the person was arrested on *(date)* 6/23/2021
at *(city and state)* Pittsburgh, PA

Date: 6/23/2021

*Arresting officer's signature*

FBI TFO Ryan DeMary
*Printed name and title*