IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 21-435** |
| | : | |
| | : | |
| **SAMUEL CHRISTOPHER FOX** | : | |

## ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the defendant in the above-captioned matter.


Respectfully submitted,


*/s/ Mythri Jayaraman*
MYTHRI JAYARAMAN
Assistant Federal Defender

## **CERTIFICATE OF SERVICE**

  I, Mythri Jayaraman, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, Federal Court Division Defender Association of Philadelphia, hereby certify that I have electronically filed and served a copy of the attached Entry of Appearance via Electronic Case Filing upon Anthony L. Franks, Assistant United States Attorney, United States Attorney's Office, 555 4th St., NW, Washington, DC 20530.


                */s/ Mythri Jayaraman*
                MYTHRI JAYARAMAN
                Assistant Federal Defender

DATE:  July 2, 2021