UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Criminal No. 1:21-cr-00435-BAH |
| **SAMUEL CHRISTOPHER FOX** : | |
| : | |
| **Defendant.** : | |

**UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and defense counsel does not object.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                                    Respectfully submitted,

                                    CHANNING PHILLIPS
                                  Acting United States Attorney
                                  D.C. Bar No. 415793

By:      /s/ Anthony L. Franks
           ANTHONY L. FRANKS
           Missouri Bar No. 50217MO
           Assistant United States Attorney
           Detailee – Federal Major Crimes
           United States Attorney's Office
           for the District of Columbia
           Telephone No . (314) 539-3995
           anthony.franks@usdoj.gov