# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | |
| | : | Criminal No. 1:21-CR-00435-BAH |
| SAMUEL CHRISTOPHER FOX, | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING OF ITEMS INCOMPATIBLE WITH CM/ECF FILING

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, and in accordance with Local Rule 49(e)(1), hereby files this notice of filing of the following item which is incompatible with CM/ECF filing. The item is one digital video requested by the Court's October 27, 2021 order. The Government has no objection to the public release of this exhibit.

| Content | Length | Date/Time | Source |
| --- | --- | --- | --- |
| Video clip of Defendant entering the United States Capitol Building | 2:17 | 1/6/21 at approx. 3:12 p.m. | CCTV Footage from U.S. Capitol maintained by USCP. |

The exhibit was provided to this Court and Defense Counsel via USAfx on October 28, 2021.

                                      Respectfully submitted,

                                      CHANNING D. PHILLIPS
                                      Acting United States Attorney
                                      DC Bar No. 415793

By:      /s/ *Anthony L. Franks*
           ANTHONY L. FRANKS
           Missouri Bar No. 50217MO
           Assistant United States Attorney
           Detailee-Federal Major Crimes
           United States Attorney's Office
           111 South 10th Street
           St. Louis, Missouri 63110
           Telephone No. (314) 539-3995
           anthony.franks@usdoj.gov

## CERTIFICATE OF SERVICE

On this 28th day of October 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Anthony L. Franks*
ANTHONY L. FRANKS
Missouri Bar No. 50217MO
Assistant United States Attorney
Detailee-Federal Major Crimes
United States Attorney's Office
111 South 10th Street
St. Louis, Missouri 63110
Telephone No. (314) 539-3995
anthony.franks@usdoj.gov