# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 540 WEST -- THE CURTIS
601 WALNUT STREET
PHILADELPHIA, PA 19106

**LEIGH M. SKIPPER**
CHIEF FEDERAL DEFENDER

PHONE NUMBER (215) 928-1100
FAX NUMBER   (215) 928-1112
FAX NUMBER   (215) 928-0822
FAX NUMBER   (215) 861-3159

**HELEN A. MARINO**
FIRST ASSISTANT FEDERAL DEFENDER

October 28, 2021

The Honorable Beryl A. Howard
Chief United States District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C.  20001

      RE:    <u>United States v. Samuel Christopher Fox</u>
               Criminal Number 21-435

Dear Judge Howell:

      Per the October 27, 2021 Minute Order issued by Your Honor, I am writing to advise the Court that the defense does not object to the video footage in question being made available to the public without any restrictions.

                                                 Very truly yours,

                                                 MYTHRI JAYARAMAN
                                                 Assistant Federal Defender

cc:    Anthony L. Franks, Assistant United States Attorney