IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO.: 21-435 |
| | : | |
| SAMUEL CHRISTOPHER FOX | : | |
| | : | |

**O R D E R**

**AND NOW**, this ____ day of _____, 2022, in consideration of the Defendant's Unopposed Motion to Continue Sentencing Hearing, it is hereby ORDERED that the motion is GRANTED.

This case is scheduled for a sentencing hearing on ____ day of _____ 2022.

BY THE COURT:

_____
**THE HONORABLE BERYL A. HOWELL**
**Chief United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO.: 21-435 |
| | : | |
| SAMUEL CHRISTOPHER FOX | : | |
| | : | |

**DEFENDANT'S MOTION TO CONTINUE**
**SENTENCING HEARING**

Samuel Christopher Fox, by his attorney Mythri Jayaraman, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, respectfully requests a postponement of the sentencing hearing that is currently scheduled for March 11, 2022 The defense states in support thereof:

1. On November 5, 2022, Mr. Fox appeared before this Court and entered a plea of guilty to Count 4 of the instant indictment.

2. A sentencing hearing is scheduled for March 11, 2022.

3. Counsel undersigned is experiencing symptoms consistent with COVID-19 and is therefore unable to appear in Court on March 11, 2022, or to meet with the Defendant in person, without the risk of exposing others to illness. The defense is therefore requesting a brief continuance of the sentencing hearing.

4. Assistant United States Attorney Anthony L. Franks has no objection to this request.

2

**WHEREFORE**, the defense respectfully requests a brief postponement of the sentencing hearing.

>Respectfully submitted,
>
>*/s/ Mythri Jayaraman*
>MYTHRI JAYARAMAN
>Assistant Federal Defender

## CERTIFICATE OF SERVICE

      I, Angela Halim Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I caused a copy of the Defendant's Motion to Continue Sentencing Hearing to be filed and served electronically through Electronic Case Filing ("ECF") notification upon Anthony L. Franks, Assistant United States Attorney, United States Attorney's Office, 555 4th St., NW, Washington, DC 20530.

                                                                    */s/ Mythri Jayaraman*
                                                                    MYTHRI JAYARAMAN
                                                                    Assistant Federal Defender

DATE: March 10, 2022