UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

 *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
UNITED STATES OF AMERICA,          )  Criminal Action
                                   )  No. 21-435
vs.                                )
                                   )
SAMUEL CHRISTOPHER FOX,            )  April 5, 2022
                                   )  10:26 a.m.
              Defendant.           )  Washington, D.C.
 *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

**TRANSCRIPT OF SENTENCING**
**BEFORE THE HONORABLE BERYL A. HOWELL,**
**UNITED STATES DISTRICT COURT CHIEF JUDGE**

<u>**APPEARANCES**</u>:

FOR THE GOVERNMENT:
                    ANTHONY L. FRANKS
                    DOJ-USAO
                    Lrm Hurst, Julie
                    111 S. 10th Street
                    St. Louis, MO 63102
                    (314) 539-2200
                    Email: anthony.franks@usdoj.gov

FOR THE DEFENDANT:  MYTHRI JAYARAMAN
                    Federal Defender's Office
                    Eastern District of PA
                    601 Walnut Street
                    The Curtis
                    Suite 540 West
                    Philadelphia, PA 19106
                    (215) 928-1100
                    Email: mythri_jayaraman@fd.org


ALSO PRESENT:       CARMEN NEWTON, Probation Officer

Court Reporter:     Elizabeth Saint-Loth, RPR, FCRR
                    Official Court Reporter

*This hearing was held via videoconference and*
*telephonically and is therefore subject to the limitations*
*associated with the use of technology, static interference, etc.*

Proceedings reported by machine shorthand, transcript
produced by computer-aided transcription.

1                        **P R O C E E D I N G S**

2                THE COURTROOM DEPUTY:  Matter before the Court,

3      Criminal Case No. 21-435, United States of America versus

4      Samuel Christopher Fox.

5                Your Honor, Probation Officer Ms. Carmen Newton is

6      appearing via videoconference.

7                Counsel, please come forward and state your names

8      for the record, starting with the government.

9                MR. FRANKS:  Yes.  Anthony Franks for the

10     United States.

11               THE COURT:  Good morning, Mr. Franks.

12               MR. FRANKS:  Good morning.

13               MS. JAYARAMAN:  Good morning, Your Honor.

14     Mythri Jayaraman on behalf of Mr. Sam Fox.

15               THE COURT:  All right.  And I am glad Mr. Fox was

16     able to make it here this morning.

17               THE DEFENDANT:  I apologize, Your Honor.  I got

18     lost.  I was trying to get around -- ended up in

19     northeast -- I ended up northeast instead of northwest, and

20     I was on foot.  So I was trying to like -- tried a bad way

21     to get here, I apologize.

22               THE COURT:  All right.  Well, I am glad you made

23     it to the right building.  Usually, people get confused

24     between the federal court and the superior court, which is

25     right across the street; but you complicated your life even

3

1     more than that this morning.

2                    THE DEFENDANT:  I understand.

3                    THE COURT:  All right.  Please be seated.

4             All right.  So we're here this morning for the

5     sentencing of the defendant, Samuel Fox, who entered a plea

6     of guilty to the petty offense in Count 4 of the information

7     against him for parading, picketing, and demonstrating in

8     the Capitol Building.

9                    The sentencing hearing is in person --

10                    (High-pitched audio sound interruption.)

11                    THE COURT:  -- but the public access line is being

12     made available to listen to the proceedings remotely.  We're

13     having a lot of trouble with the AT&T public access line.

14     If this happens again, I am going to turn it off -- if

15     anybody is listening.

16                    Anyone listening to the sentencing hearing over

17     the public teleconference line is reminded that, under my

18     Standing Order 20-20, recording and rebroadcasting of court

19     proceedings, including those held by videoconference, is

20     strictly prohibited.  And violation of these prohibitions

21     may result in sanctions, including removal of court-issued

22     media credentials, restricted, or denial of entry to future

23     hearings, or any other sanctions deemed necessary by the

24     presiding judge.

25                    All right.  So the first thing I do at a

1    sentencing hearing is to review all of the papers that I

2    have looked at in connection with the sentencing hearing

3    this morning to make sure that I am looking at -- and

4    everybody is looking at all of the same set of documents.

5              I reviewed the probation office's sentencing

6    report -- presentence investigation report docketed at

7    ECF 28; sentencing recommendation docketed at ECF 29; and,

8    also, a number of documents submitted by counsel in advance

9    of the hearing, including the government's sentencing

10   memoranda docketed at ECF 33, and the sentencing memoranda

11   submitted by the defendant docketed at ECF 34.

12             I have also looked at CCTV footage from inside the

13   Capitol Building that was submitted by the government and

14   referenced in the government's submission; and a letter from

15   the defendant sent to the prosecutor -- not the Court --

16   which was attached as Exhibit A to his sentencing memo, and

17   was docketed at ECF 34-1.

18             Does the government have all of those documents?

19             MR. FRANKS:  Yes, Your Honor.  Thank you.

20             THE COURT:  And, Ms. Jayaraman, do you have all of

21   those documents?

22             MS. JAYARAMAN:  I do, Your Honor.  Thank you.

23             THE COURT:  All right.  So, Mr. Fox, let me just

24   tell you how the sentencing hearing will proceed.  You can

25   stand up right where you are.

1                The sentencing hearing will proceed in three

2    steps.  At the first step, I will determine whether the

3    government or you has any objections to any parts of the

4    presentence investigation report; and, if you do, I will

5    resolve those objections.

6                The second step is to hear from the government,

7    then from your lawyer, and then from you -- if you wish to

8    speak to me directly about an appropriate sentence in your

9    case.

10               And then the last step requires that the Court

11   explain the reasons for the sentence imposed and then impose

12   sentence after consideration of the factors set out in the

13   statute at 18 U.S.C. Section 3553(a).

14               Do you have any questions about how the sentencing

15   proceeding is going to move forward?

16               THE DEFENDANT:  No, Your Honor.  Not at this

17   point.

18               THE COURT:  Okay.  You may be seated.

19               Okay.  We're at the first step.

20               The final presentence investigation report and

21   sentencing recommendation from the probation office were

22   submitted on January 18, 2022.  And I understand from the

23   PSR that the government has no objection to any of the

24   factual or other determinations set out in the PSR; is that

25   correct?

1          MR. FRANKS:  That is correct, Your Honor.

2          THE COURT:  All right.  Thank you.

3          You may be seated.

4          Ms. Jayaraman, have you and your client read and

5     discussed the presentence investigation report?

6          MS. JAYARAMAN:  We have, Your Honor.

7          THE COURT:  And does Mr. Fox have any outstanding

8     objections to any of the factual statements or other parts

9     of the PSR?

10         MS. JAYARAMAN:  Your Honor, the probation

11    department did include the corrections that we had

12    submitted.  Mr. Fox indicates there is one more correction

13    to be made.  On page 3 of the presentence report, towards

14    the top, it has --

15         THE COURT:  And you can step forward to the

16    podium, if you wish.

17         MS. JAYARAMAN:  Yes, Your Honor.

18         THE COURT:  And are you fully vaccinated?

19         MS. JAYARAMAN:  I am.

20         THE COURT:  Then you may remove your mask.

21         MS. JAYARAMAN:  Thank you.

22         On page 3 of the PSR, Your Honor, on the top part

23    where it says identifying data, date of birth, August 6,

24    1989; that is correct.  However, a little bit further down

25    where it says aliases, date of birth per NCIC -- where it

1    says August 6, 1987, he wishes to state that he has never

2    given that date of birth; so that could have been a mistake.

3              THE COURT:  All right.  Who is on from the

4    probation office?

5              MS. NEWTON:  Good morning, Your Honor.

6              Carmen Newton.

7              THE COURT:  Yes.  And could you explain that?  I

8    just noticed that myself.

9              MS. NEWTON:  Yes, Your Honor.

10             On the record from the National Crime Information

11   Center, this is information that comes and is associated

12   with the defendant's fingerprints; and this is not

13   information that our office inputs.  This is typically

14   something that happens during processing or arresting; and

15   it is quite possible that the person that entered the

16   information entered a typo.  But this comes from that

17   record.

18             We're not indicating that Mr. Fox actually

19   provided this information.  We're just indicating that this

20   is an alias that we found on the National Crime Information

21   Center record.

22             THE COURT:  And based on his fingerprint match?

23             MS. NEWTON:  Correct.  This is based on

24   fingerprint matches and FBI numbers, yes.

25             THE COURT:  Okay.  Well, it's not something that

1      probation can correct.  So --

2                 MS. JAYARAMAN:  Very well, Your Honor.  Thank you.

3                 THE COURT:  And thank you for bringing that to my

4      attention.  I hadn't noticed that before.

5                 MS. JAYARAMAN:  And no further corrections or

6      objections from the defense.

7                 THE COURT:  All right.  Thank you.

8                 Mr. Fox, could you just stand right where you are.

9                 And are you fully satisfied with your attorney in

10     this case?

11                THE DEFENDANT:  Without having much knowledge of

12     legal issues, I would say yes; I think she's doing great at

13     walking me through.

14                THE COURT:  And do you feel that you have had

15     enough time to talk to your attorney about the probation

16     office's presentence investigation report, the sentencing

17     recommendation, and the other documents submitted in

18     connection with your sentencing from the government?

19                THE DEFENDANT:  Yes.  With the documents, yes.

20                THE COURT:  All right.  Thank you.

21                You may be seated.

22                All right.  Hearing no objection from either side,

23     the Court will accept the factual portions of the

24     presentence investigation report as undisputed and as my

25     findings of fact at sentencing as supplemented with my

```
 1    review of the video exhibit in the case.

 2              We're now at the second step of the hearing where

 3    I will hear from the parties if they wish to address the

 4    appropriate fashioning of a sentence in this case based on

 5    consideration of the factors in 18 U.S.C. Section 3553(a).

 6              So I will turn first to Mr. Franks.

 7              MR. FRANKS:  Thank you.

 8              THE COURT:  You can step forward to the podium.

 9              Oh, hold on just one second.

10              MS. JAYARAMAN:  Your Honor, if I can just

11    approach.

12              THE COURT:  Yes.

13              MS. JAYARAMAN:  Mr. Franks was kind enough to let

14    me look at this.

15              THE COURT:  Okay.  Thank you.

16              MS. JAYARAMAN:  Thank you, Your Honor.

17              THE COURT:  Ms. Jayaraman, can you just remind me,

18    where are you located?

19              MS. JAYARAMAN:  I am a Federal Defender in

20    Philadelphia, Your Honor.

21              THE COURT:  In Philly.  I thought you were not

22    really with the FPD here.

23              MS. JAYARAMAN:  That's correct.

24              THE COURT:  And you have been assisting with these

25    cases, so thank you.
```

1             MS. JAYARAMAN:  Thank you, Your Honor.

2             MR. FRANKS:  Good morning, Your Honor.

3             I know that you are very familiar with the

4    sentencing memo that the government provided.  One thing

5    that I'd like to point out is:  On page 33, there is an

6    error in there.  We referenced another case.  I apologize if

7    that case was referenced.  It's the *Sunstrum* [sic] case at

8    the bottom of page 33.

9             THE COURT:  Page 33 of the government's sentencing

10   memo?

11            MR. FRANKS:  Yes, Your Honor.

12            THE COURT:  Okay.  Page 33 of the government's

13   sentencing memo.

14            MR. FRANKS:  It was supposed to reference that the

15   defendant in this case pled guilty to Count 4.

16            THE COURT:  Okay.  Well, I certainly understood

17   that.

18            MR. FRANKS:  Okay.

19            THE COURT:  Okay.

20            MR. FRANKS:  Thank you, Your Honor.

21            What I'd like to start with are the key factors

22   that I know that this Court considers in terms of fashioning

23   the sentence with regard to the January 6th defendants.

24            I will start with the first one, which is

25   preplanning.  The defendant here did not come to the Capitol

1    on a whim.  He preplanned his trip as early as December of

2    2020.  The defendant put on Facebook an ad in which he said

3    that there's two buses that can come -- that can take up to

4    50 travelers to the Capitol for free; he detailed the time

5    in which they can be -- people could be picked up.  And then

6    the next day, Mr. Fox also volunteered to take up to five

7    people to the Capitol to protest the election.

8            THE COURT:  Well, was he -- was that Facebook post

9    and the January 1 post that you talk about in your memo --

10            MR. FRANKS:  Yes.

11            THE COURT:  -- were those to go to the rally that

12    the former President was holding --

13            MR. FRANKS:  Yes, that is correct.

14            THE COURT:  -- rather than going to the Capitol?

15            MR. FRANKS:  Yes.  That is correct, Your Honor.

16    He was -- yeah.  He planned to come to the rally, that is

17    correct.

18            THE COURT:  All right.  So it wasn't preplanning

19    to go to the Capitol?

20            MR. FRANKS:  That is correct, yes.

21            THE COURT:  All right.  And when I usually look at

22    "preplanning," what is particularly probative is not

23    preplanning to attend the rally that was held, it was --

24    it's preplanning in preparation for encountering violence by

25    collecting gear, by collecting bear spray, knives, guns,

1    wearing bulletproof vests, tactical vests, flak jackets;

2    with other equipment to either break in someplace, mete out

3    violence --

4              MR. FRANKS:  Yes.  That's correct.  He did not --

5              THE COURT:  -- or goggles to protect yourself from

6    tear gas if there is violence, ways to continue executing a

7    plan even in the face of resistance or police action to stop

8    violence.

9              And so when you say that there is "preplanning"

10   here, I see preplanning to come to the rally.  I don't see

11   the kind of preplanning for violence --

12             MR. FRANKS:  Okay.

13             THE COURT:  -- that is the real probative factor.

14   I mean, saying that he hopes Trump starts a civil war is not

15   a good statement.

16             MR. FRANKS:  That's -- that's what I was going to

17   relate.  There is no evidence -- we have no evidence that he

18   had any tactical gear, that he had any weapon -- that he had

19   planned to bring any weapons, but he didn't plan for

20   anything.  He -- he said that he hoped Trump would start a

21   civil war.

22             THE COURT:  Right.

23             Well, let me turn to one of the things that is --

24   I will be honest, was eyebrow-raising for me when I read the

25   government's memo and sentencing recommendation here,

1    because the government's recommendation here is for a period

2    of probation but with a special condition of 30 days

3    incarceration; is that right?

4              MR. FRANKS:  That is correct, Your Honor.

5              THE COURT:  And I am just going to put my cards on

6    the table, that's the way I --

7              MR. FRANKS:  Okay.

8              THE COURT:  -- cut through things here.

9              MR. FRANKS:  Yes.  Yes.

10             THE COURT:  I see this defendant as somebody who

11   had a couple of Facebook posts about coming to the Trump

12   rally, no preplanning in terms of preparing for violence --

13   even though he issued a statement saying he was hoping there

14   would be a civil war -- not good; but he didn't do anything

15   to engage in violence.  He comes; he follows the crowd from

16   the Trump rally, I guess, down to the Capitol.  He goes into

17   the Capitol for two minutes -- two minutes.  Goes in, takes

18   a photo, turns around, walks out, leaves.  Not much more

19   than that.

20             So this is a defendant who, for spending two

21   minutes inside the Capitol Building -- clearly unlawful,

22   clearly deserves to be prosecuted and punished.  The

23   question here is:  How much punishment does two minutes --

24   do two minutes inside of the Capitol, with a couple of

25   Facebook posts about being energized by the former

1    President -- how much punishment does that merit?

2           And you have to understand that last week I had a

3    defendant who came, was -- helped to break down a window in

4    the Capitol -- wasn't charged with a petty offense, charged

5    with a Class A misdemeanor -- helped to break down a window

6    to get into the Capitol, was one of the first 30 people to

7    get in, you know, right after 2:13 p.m. -- so the Senate is

8    still not even evacuated --

9           MR. FRANKS:  That's correct.

10          THE COURT:  -- the Vice President, I think, is

11   still not evacuated; the first 30 people to get in, confront

12   Officer Goodman inside the Capitol -- this defendant helps

13   part of the crowd that chases Officer Goodman up the stairs

14   until they meet another line of police officers; told to

15   disperse.  He leaves, and then he comes back in -- reenters

16   the Capitol twice.  For that defendant, the government asked

17   for probation.  He was in a total -- both times -- 30

18   minutes.  The government's recommendation was probation.

19          So you explain -- as a sentencing judge required

20   by statute to -- in sentencing, to avoid unwarranted

21   sentencing disparities -- how I am supposed to reconcile

22   that?

23          MR. FRANKS:  Your Honor, can I speak now?

24          THE COURT:  Yes.

25          MR. FRANKS:  Yeah.  Your Honor, that is one of the

1    reasons why I outline so many cases in the sentencing

2    disparity section.  And -- and I put them in detail to

3    distinguish some of the -- the factors in our case from

4    those cases.

5           There are -- there are cases that I cited where

6    the defendants in those cases had been in the Capitol for

7    less than ten minutes, and the government recommended jail

8    time in some of those cases.

9           THE COURT:  Well, let me talk a little bit about

10   the -- let's talk a little bit about your chart because --

11   the chart that the government is providing.  I am sure I am

12   not the only judge on the bench that finds it very useful --

13   particularly for these petty offenses which are not subject

14   to the federal sentencing guidelines.  So we have no

15   statistics from the U.S. Sentencing Commission that helps us

16   make what is a very important evaluation for everybody --

17   the defendants, the public, the judges -- to ensure that

18   they're fashioning a fair sentence and avoiding unwarranted

19   sentence disparities.

20          And by my count, for other Class B petty offenses,

21   the government has recommended probation without home

22   detention for this same charge in a total of, I think,

23   41 cases with the same petty offense of conviction, and the

24   government asked for probation in some form, and no prison

25   time.

16

1          So the government has asked for less than 30 days

2    in prison in 17 cases which, in combination with all of the

3    other numbers I have been looking at in that chart -- the

4    total number that I have looked at seems that it's a total

5    of 58 petty offense parading cases in which the government

6    has asked for less time than in this case.  Leaving only a

7    few -- maybe a handful or a little bit more than a

8    handful -- where the government has recommended 30 days or

9    more, as in this case.

10          And when I look at the facts in this case, with

11   two minutes inside the Capitol Building -- no damage, no

12   tools, no knives, bear spray, no aggravating conduct, no

13   violence or -- no violence against police officers or other

14   persons -- no interactions at all that we can see with

15   police officers, I am finding it somewhat difficult to

16   understand what is so aggravating about two minutes inside

17   the Capitol where he takes a selfie and commits no other

18   damage, no other interactions with law enforcement, that

19   makes this case stand out to warrant a government

20   recommendation of the 30 days in prison.  It's a real puzzle

21   to me.

22          MR. FRANKS:  One of the -- one of the strongest

23   factors here -- the 3553(a) factor required in a sentence

24   that would promote deterrence -- and, here, Mr. Fox has

25   previously been on probation for a conviction over 12

1    years -- about 12 years ago.

2           And Mr. Fox, in terms of general deterrence, he

3    said that he did this so that he could show his family, show

4    his friends what he did.  He saw the violence that was going

5    on before him.  He saw the Senate wing door being broken in,

6    and he -- he just pushed past that door -- actually, climbed

7    in a window to make sure that he could prove that he went

8    in -- in the Capitol.  And --

9           THE COURT:  And he went in about 25 minutes after

10    the other rioters had breached the Senate wing door?

11           MR. FRANKS:  Yes.  That is correct, Your Honor.

12           THE COURT:  So he was --

13           MR. FRANKS:  He waited.  He saw -- he saw it being

14    broken down.  He waited --

15           THE COURT:  Yeah.  He was not in this first wave

16    of people?

17           MR. FRANKS:  No.  He could have been.  He could

18    have been; but he waited, and he went in.  And to his

19    credit, he left within two minutes.  But his past criminal

20    history, his time on probation didn't prevent him from

21    taking a picture of himself committing a criminal act,

22    showing it to others; and then, when --

23           THE COURT:  But certainly the government is not

24    recommending 30 days of incarceration for all of the members

25    of this mob that breached the Capitol and took a picture of

1    themselves inside?

2              MR. FRANKS:  I'm -- I would guess not, Your Honor.

3              THE COURT:  I know not.

4              MR. FRANKS:  But also -- but also, Your Honor, he

5    also received accolades from individuals, his friends, and

6    he's asking for probation here.  They might be listening

7    now.  They commended him.  They called him a hero; they said

8    he was the man.  They said they wished they were there with

9    him.  And what Mr. Fox said is because his mother told him

10   to leave, he left.  So I don't know how much longer he would

11   have stayed in the Capitol had his mother not called him.

12             That's one of the strongest reasons the government

13   is asking for time of incarceration followed by probation,

14   because Mr. Fox has had an opportunity to be on probation

15   before, and despite that -- despite all of the chaos that

16   was going on around him, he decided to go into the Capitol

17   just to prove that he was there so that he could get -- get

18   accolades.  He -- he got those accolades.

19             And when we had our debrief, what I -- to

20   Mr. Fox's credit, we spoke for a long time.  He ended up

21   writing me a letter because we had a very frustrating

22   experience regarding his expression of remorse.

23             To his counsel's credit, we took a number of

24   breaks so that he could try to express being sorry for what

25   he did; and so that is what resulted in him writing his --

1    his letter, which reveals that he is a very smart young man,

2    but he -- nonetheless, he still -- I think he still has some

3    challenges with what he did that day.

4          THE COURT:  So, I mean, it's good at the time of

5    sentencing for defendants to have expressed remorse because

6    it reflects an appreciation of the seriousness of their

7    unlawful conduct.  And for purposes of the sentencing judge,

8    it indicates having recognized the seriousness of the

9    offense conduct that, in evaluating their risk of

10   recidivism, recommitting other future conduct -- it gives us

11   some comfort that perhaps they have learned their lesson and

12   they're not going to recidivate.  But at the same time, a

13   defendant who doesn't show remorse -- maybe accepts

14   responsibility that the conduct the person engaged in for

15   which they're being sentenced was unlawful, but they don't

16   really express remorse -- you still have to fashion a

17   sentence that's appropriate to the unlawful conduct.

18          So, for example, a defendant who, on January 6th,

19   believed that they were engaged in a patriotic act by

20   stopping and disrupting a process that's constitutionally

21   mandated -- and may still believe that today -- they can't

22   necessarily be punished for that belief.

23          I still have to fashion a sentence that's

24   appropriate to what their conduct -- unlawful conduct was on

25   that day.  And for people who pose a continued risk of

1    recidivism, the answer is usually longer periods of

2    probation so that they can remain under supervision.  It's

3    not necessarily a long period of incarceration; isn't that

4    right?

5                MR. FRANKS:  Some judges would think so, yes.

6                THE COURT:  Because the period of incarceration

7    has to be commensurate with what their actual unlawful acts

8    were.  And here, I have a defendant who walked into the

9    building for two minutes, took a selfie, and then left.

10                And maybe at the beginning of all of these

11   January 6th cases -- if the government was charging for

12   anybody who put their big toe in the Capitol Building, they

13   were only given plea offers and were only charged with

14   felonies, and the government was demanding prison time and

15   those people were being given prison time for putting their

16   big toe inside the Capitol Building no matter what they did

17   inside and no matter how long they stayed inside, because

18   that was a critical unlawful act in connection with a mob

19   that caused the evacuation and the stopping of a

20   constitutionally mandated process -- that would be one world

21   that we're not in.

22                Instead, we are in a world where I have 58 petty

23   offense parading cases on the government's list provided to

24   me where the government asked for less time than in this

25   case for defendants whose conduct on that day -- not what

1  they thought, not what they believed -- their conduct on

2  that day was, as I look at it, far more aggravating, in

3  terms of disobeying police officers, threatening police

4  officers, physically abusing and assaulting police officers,

5  damaging the building, breaking windows, breaking doors,

6  defacing, stealing things from inside the Capitol Building.

7         So, you know, I am left with -- I am left with the

8  world we live in today and a statutory obligation as a

9  sentencing judge to avoid unwarranted sentencing disparities

10  under 18 U.S.C. Section 3553(a)(6).

11         So with that context, I have to evaluate the

12  sentencing recommendations I am getting from both the

13  government and the probation office and the defense.  And in

14  that context, I do find that the government's recommendation

15  of 30 days' incarceration quite inconsistent with what I

16  have seen in terms of the government's recommendations in

17  other cases.

18                 MR. FRANKS:  Okay.

19                 THE COURT:  So --

20                 MR. FRANKS:  And to that point, Your Honor, that's

21  why --

22                 THE COURT:  Is the government changing its mind

23  now --

24                 MR. FRANKS:  No.

25                 THE COURT:  -- that everybody who put their big

```
 1        toe in the Capitol now deserves --

 2                   MR. FRANKS:  No.

 3                   THE COURT:  -- deserves prison time?

 4                   MR. FRANKS:  No.  It -- it really, I think it goes

 5        to the factor of deterrence; what the defendant said in

 6        social media, what he said in terms of -- he said:  I will

 7        do this again, fight me.

 8                   So -- and with regard to some of those cases that

 9        I cited and that the defense cited, the ones where the

10        defendant was given probation -- where the defendant was

11        given probation, and the cases that the defendant cited --

12        those defendants hadn't been on probation before.

13                   THE COURT:  Those had been what?

14                   MR. FRANKS:  Those defendants had not served a

15        term of probation before, as opposed to Mr. Fox in this

16        case.  So there are a couple of factors and some that we

17        believe support our recommendation, that is, the

18        defendant's --

19                   THE COURT:  But some of those defendants certainly

20        had --

21                   MR. FRANKS:  They had criminal -- they had

22        criminal --

23                   THE COURT:  -- had prior criminal records.

24                   MR. FRANKS:  That's right.

25                   THE COURT:  I mean, I just think -- you know, I am
```

 1    just looking at one case before me, actually -- the case of

 2    Brian Stenz.  He was convicted of the same petty offense for

 3    parading in violation of 40 U.S.C. Section 5104(e)(2)(G).

 4    He had a significant criminal history, including

 5    participating in the breach of the Capitol on January 6th

 6    while awaiting resolution of other criminal charges.  He was

 7    not only on -- he was awaiting criminal charges; he was on

 8    pretrial release in another case.

 9          He spent eight minutes inside the Capitol where he

10    also went inside to a senator's private office.  He was in a

11    total of eight minutes.  And in that case, the government

12    recommended 14 days of incarceration, half -- less than half

13    of what it's recommending here with, to my mind, far more

14    aggravating conduct -- and a criminal history that was far

15    more egregious than this defendant's.

16          So I -- you know, as more and more of these cases

17    get sentenced, it's a challenging job for all of us involved

18    in these cases -- the Court, the government, defense

19    counsel -- with growing numbers of comparators.  And so I

20    don't -- you know, I -- and every judge takes seriously the

21    recommendations from both sides and how they're supporting

22    it and their views of why the sentencing recommendation that

23    they're making is the best one.

24          And I have to say that, in this case, the

25    sentencing recommendation of 30 days seemed, you know,

1    fairly extraordinary and out of line -- a real outlier

2    compared to the recommendations I have gotten in other cases

3    given the mere two minutes with a selfie inside the Capitol

4    Building.

5               MR. FRANKS:  I respect that, Your Honor.  Yes.

6               THE COURT:  Even if this defendant's expressions

7    of remorse were found by the government and the agents who

8    interviewed him to be less than what one would expect given

9    the aftermath of what occurred that day, but we don't -- we

10   don't punish people for their beliefs unless those beliefs

11   spill over into unlawful action, and that unlawful action

12   combined with the beliefs warrant, you know, punishment that

13   includes a term of incarceration in addition to supervision

14   to make sure they don't do it again given their beliefs.

15              So the plea agreement in this case requires

16   Mr. Fox to allow law enforcement agents to conduct an

17   interview of him regarding the events in and around

18   January 6, 2021, prior to sentencing and also provide access

19   to social media accounts controlled by the defendant.

20              Has the defendant already fully complied with this

21   cooperation provision?

22              MR. FRANKS:  One -- one thing I wanted to point

23   out is, as a mitigating factor, the defendant did conduct a

24   long interview with us prior to the sentencing.  As detailed

25   in our sentencing memorandum, he told us that he voluntarily

1    took someone with him to the Capitol and that person went

2    into the Capitol with him.  So he was forthright in that

3    respect.

4            In another respect, he was cooperative initially

5    with law enforcement.  He -- he was arrested, but he did

6    what he can constitutionally do.  He asserted his right not

7    to discuss the charges and his activity.  He was asked about

8    access to his phone.  He denied us access to his -- his

9    passcode, and he did so again during the debrief.

10           THE COURT:  He did what?

11           MR. FRANKS:  He did so again during our debrief

12   with him.

13           THE COURT:  So you have never actually had access

14   to this defendant's phone to see what's on there?

15           MR. FRANKS:  We've -- we've had access by way of a

16   search warrant, and the FBI attempted to access it; and they

17   were not able to crack the code, so to speak.  And so we

18   asked for Defendant's cooperation with regard to doing that.

19           THE COURT:  And he's denied that?

20           MR. FRANKS:  That's right, Your Honor.

21           THE COURT:  Okay.  So has he breached his plea

22   agreement?  Has he breached the very limited cooperation

23   provision in the plea agreement by denying access to --

24           MR. FRANKS:  I don't think --

25           THE COURT:  -- all of his social media accounts,

1    including those that might be reflected on his phone?

2              MR. FRANKS:  We -- we actually --

3              THE COURT:  Because you haven't -- you're

4    proceeding with the plea [sic] without pursuing --

5              MR. FRANKS:  We actually --

6              THE COURT:  -- a breach of the plea agreement.

7              MR. FRANKS:  We actually obtained a warrant from

8    Facebook and got what we believe was his social media that

9    was on his -- on his phone that was not deleted from

10   Facebook.  We still don't know exactly what's on his phone.

11   So I don't -- we are not -- we have not taken a position

12   that he's breached his plea agreement because he did talk

13   with us --

14             THE COURT:  Well, you also -- and that's because

15   of -- the plea agreement has not a fulsome -- what I would

16   call a fulsome cooperation provision --

17             MR. FRANKS:  No, it's not.

18             THE COURT:  -- that we typically see.  It's,

19   basically, the most minimal of cooperation provisions that

20   doesn't even require him, as part of his limited

21   cooperation, to turn over his phone; is that right?

22             MR. FRANKS:  That's right.  But we had already

23   obtained it by -- by warrant.

24             THE COURT:  But you can't access it.

25             MR. FRANKS:  That's correct, Your Honor.

1          THE COURT:  And as part of this limited

2     cooperation agreement for this plea agreement to a petty

3     offense, you -- the government has no one else to blame but

4     itself -- right? -- for not requiring, as part of the

5     cooperation to get this plea to a petty offense, a

6     requirement that he provide the passcode to his phone so you

7     can see what else is on there and whether he did engage in

8     more sophisticated, serious preplanning, for example, than

9     what's reflected on his Facebook account?

10          MR. FRANKS:  I would -- yes.  I would attribute

11     that to it's not in the -- it's not in the document that he

12     signed, that he has to turn over his passcode.

13          THE COURT:  A document that the government wrote?

14          MR. FRANKS:  That's correct, Your Honor.

15          THE COURT:  The government could have required it,

16     but didn't?

17          MR. FRANKS:  That's correct, Your Honor.

18          THE COURT:  I see.  All right.

19          The government has pointed out the defendant's

20     spreading of propaganda relating to the attack on the

21     Capitol is a factor indicating the need for specific

22     deterrence in this case through a custodial sentence, and

23     the government is recommending 30 days.

24          What do you mean by "propaganda"?

25          MR. FRANKS:  The defendant said that the police

```
 1    murdered five people that day; he also said that:  They let
 2    us in.
 3             And the defendant knows that that wasn't true
 4    because he was right at the precipice of the -- the doors
 5    being broken down.  So that -- that is the false propaganda
 6    that he spread.
 7             THE COURT:  And how long did he spread that
 8    propaganda after January 6th?
 9             MR. FRANKS:  I think -- I think he did it on the
10    7th; and then I think he rejoined his comments a couple of
11    months later.
12             On April 28th he said that:  The doors were open,
13    and only agents provocateur were breaking windows at the
14    protest.  Absolutely a lie that anything violent happened
15    there other than a black officer murdering a white woman, is
16    what he said on April 28th.
17             THE COURT:  2021?
18             MR. FRANKS:  Yes.  Yes, Your Honor.
19             THE COURT:  Okay.  All right.  Anything else,
20    Mr. Franks?
21             MR. FRANKS:  No, Your Honor.  Thank you.
22             THE COURT:  Thank you.
23             Please step forward.
24             MS. JAYARAMAN:  Thank you, Your Honor.
25             THE COURT:  Sorry.
```

```
 1              MS. JAYARAMAN:  And may Mr. Fox stay where he is?

 2              THE COURT:  Yes.

 3              Maybe I will begin with a question --

 4              MS. JAYARAMAN:  Very well, Your Honor.

 5              THE COURT:  -- and then you can proceed with

 6    whatever else you would like to add.

 7              In the sentencing memo that you submitted on

 8    Mr. Fox's behalf, you indicate that he, "Wishes more than

 9    anything he could go back in time and be wiser and more

10    circumspect about the conspiracy theories and rhetoric he

11    was swept into."

12              Could you elaborate a little bit on what you were

13    referring to?

14              MS. JAYARAMAN:  Yes, Your Honor.  There are,

15    certainly, certain beliefs that he --

16              THE COURT:  Could you just remove your mask?

17              MS. JAYARAMAN:  Yes, Your Honor.

18              THE COURT:  Thank you.

19              MS. JAYARAMAN:  There are, certainly, some beliefs

20    that he still finds interesting, shall we say, and that

21    he's -- he continues to sort of explore and that he

22    continues to hold.  However --

23              THE COURT:  Is he a QAnon believer?

24              MS. JAYARAMAN:  He is not, Your Honor.  But that

25    would be an example of -- and I say that with confidence
```

1    only because Mr. Fox and I have spent a great deal of time

2    together.  He lives around five and a half, six hours from

3    Philly.  And I drove out to his -- his home, in a tiny,

4    little town one day.

5           And we just -- we spent time together in his home

6    and talked about what led him to this as a person sort of

7    holistically as opposed to just on that day.  And there are

8    certainly worse beliefs that, as he himself says -- he puts

9    it best.  He had never been to a Trump rally, and he -- the

10   word he kept using, I had to look it up --

11          THE COURT:  So January 6th was his first Trump

12   rally?

13          MS. JAYARAMAN:  It was.

14          And one of the things he kept saying was:  It

15   seems to be a campy thing; people had campy jokes.

16          And that is certainly newer lingo, so I had to

17   look it up.  But -- but I think it means sort of -- it seems

18   to mean sort of a -- almost like an inside joke, some sort

19   of inside -- almost -- almost like a language that -- that

20   insiders could use with one another.  And he had never been

21   to a Trump rally; he felt like he couldn't really

22   participate in that.

23          And he wanted to go, one, to see what the hype was

24   about.  And, two, because there was a part of him that at

25   that time was being swept into some of that thinking.  So

1    while he was not an avowed, quote, member of QAnon, there

2    were some of the writings that he -- I don't know -- I

3    wouldn't say he believed, but he certainly entertained more

4    than he does today.

5            And when I say that he wishes he would have been

6    more circumspect in his -- in some of the conspiracy

7    theories, I would zoom out a little bit and say:  Part of

8    that circumspection is not just a question of looking at

9    perhaps those that we know helped fuel the January 6th event

10   or incident; but, rather -- more broadly -- his propensity,

11   frankly, to be swayed by other individuals; to seek

12   recognition, approval from others and -- and buy into

13   whatever trend or whatever belief system kind of gets him in

14   that place.  If I --

15           THE COURT:  So he's looking for friends and

16   community?

17           MS. JAYARAMAN:  Yes.  And if I -- if I may -- or

18   if Your Honor has further questions, I'm happy --

19           THE COURT:  No.  Go ahead.

20           MS. JAYARAMAN:  Because I have read -- and I have

21   tried to pay attention to some of Your Honor's sentencings.

22   And I -- I note that one of the things that Your Honor has

23   discussed a lot is -- is the difficulty of apportioning

24   responsibility here and -- and the difficulty of sort of

25   forest through the trees, and who is how guilty.

```
 1                     And I am sure --

 2               THE COURT:  Well, actually, everybody who went

 3     into a restricted area on the Capitol grounds and building

 4     quite clearly engaged in unlawful conduct.

 5               MS. JAYARAMAN:  Absolutely.

 6               THE COURT:  No lack of clarity there.  There are

 7     differences, people did different things --

 8               MS. JAYARAMAN:  Yes.

 9               THE COURT:  -- both before they got there, when

10     they got there, and after they left.

11               MS. JAYARAMAN:  Yes, Your Honor.

12               THE COURT:  And those are all important

13     considerations and very fact-specific in evaluating and

14     distinguishing among the hundreds of people who were there

15     and are charged.  But, believe me, no question, they're all

16     culpable.

17               MS. JAYARAMAN:  Yes, Your Honor.  And I didn't

18     mean to suggest that they're not all guilty.

19                     I just meant to suggest that in -- in sort of

20     determining a sentence, Your Honor has -- has commented on

21     the need to look -- to avoid unwarranted discrepancies but,

22     also, avoid sort of unnecessary or unwarranted similarities

23     where none exist.

24                     And I think I probably speak for -- for most

25     Americans when I say that when I saw what was happening on
```

1   January 6th -- and I think this -- to me, at least -- is

2   part of the difficulty in sort of parsing each individual

3   out, is when I saw, and -- and when my parents watched it --

4   and they don't live in this country, and they were watching

5   it -- they're U.S. citizens, but they were watching it from

6   another country.  What we saw was not a group of

7   individuals.  It wasn't a crowd of individuals.

8          We saw one organism, right?  It looked like one

9   heaving, breathing, organic system because, in a totality,

10  that's exactly what they were.

11         And it -- as I was contemplating how would I sort

12  of specify what distinguishes his behavior from others, I

13  myself struggled with, well, it's like saying:  Is the right

14  hand or is the left hand more culpable in a Hobbs Act

15  robbery case?  I mean, they are two parts of a whole.  They

16  are parts of a whole, and it's difficult.

17         That being said, I do appreciate the government's

18  providing us with sort of a framework they have gone

19  through.  And if I could just follow the government's

20  framework and sort of plug and play, if Your Honor will --

21  the first factor the government points to is how the

22  individual entered, whether and when.

23         He certainly entered.  He was not the first

24  breach, as Mr. Franks himself has said.  And he entered,

25  unfortunately, through a broken window.  It was a window

1    that had already been broken; but he knew it was a broken

2    window, and he climbed in nonetheless.

3              Whether he encouraged violence -- he absolutely

4    did not.  And I will sort of come back to this when I get to

5    the social media factor, Your Honor.  But he absolutely did

6    not encourage violence.  Certainly we see, as Your Honor has

7    seen, he enters; he goes -- turns right; about 50 to 100

8    feet later, he is walking out the door.

9              His reaction to acts of violence or destruction --

10   and it's interesting that Mr. Franks notes, well, who knows

11   if his mom hadn't called him what he would have -- you know,

12   how long he would have been there.  That's exactly right.

13   So when his mom calls him on the phone and says:  I am

14   watching this stuff on TV, get out of there, it's getting

15   crazy.  Like, things are bad, things are happening.  When he

16   knew that, he left.

17             So it's not that when he found out things were

18   getting rough, or crazy, or wild -- it's not that he said:

19   Oh, well, I wasn't going to leave; then he, in fact, left.

20             And when we talk about preparation, as Your Honor

21   has stated, there is nothing to suggest that -- certainly,

22   nothing to suggest that he was going in prepared for any

23   kind of a -- the rally or going to the Capitol at all.  No

24   tactical gear, no helmets, no vests, no premade signs --

25   none of those things.

1              He didn't even have his cell phone charged up,

2       that is how ill prepared he was; and that is how little he

3       had ever given any thought to anything beyond going to the

4       former President Trump's rally.  His phone wasn't even

5       charged.  And he talks about how he was surprised when his

6       phone suddenly rang and his mom called him.

7              The length that the defendant was inside the

8       building -- we have already gone over that, Your Honor; it's

9       approximately two minutes.

10             Whether during or after the riot -- whether he

11      destroyed evidence.  And I want to address the issue with

12      the cell phone.  He had a right to refuse; he chose to

13      refuse.  I would -- I would suggest to the Court that, as

14      This Honor is aware, there are many, many reasons that a --

15      a young man may be embarrassed or loathe to -- to let others

16      thumb through his personal cell phone.  And insofar --

17             THE COURT:  The person I fault -- the entity I

18      fault for not getting access to Mr. Fox's cell phone is the

19      government.  The government made a plea offer in this case.

20      And as part of that plea offer, they had what they titled a

21      "Cooperation Provision," and they did not require access to

22      the cell phone; the government could have, but didn't.  So

23      the government must not think there is anything on that cell

24      phone worth looking at because they could have asked for it.

25      There is no reason to spend anymore time on that.

1          MS. JAYARAMAN:  As part of that cooperation aspect

2     of it, Mr. Fox did inform the government not only that he

3     went with another individual, but he actually gave that

4     individual's name; and he gave as much information as he

5     could about that individual.  And I believe the government

6     has tried to do something with that information but,

7     frankly, I would leave that sort of for the government

8     to deal with later.

9          My client's statements on social media were

10    absolutely problematic; Your Honor, I am sure, has read some

11    of them.  They confirmed that there was no planning, and

12    they -- they are the effect of this desire for accolades; it

13    was puffery.  It's -- it's awful, it's disgusting, and it's

14    incredibly harmful.  There is certainly a harm that comes

15    from just those posts, and Mr. Fox appreciates that.

16         I will submit, it -- it took Mr. Fox a while to

17    come to that point; but this is not sort of a recently

18    realized something on the eve of sentencing.

19         Before we ever got here, before we ever even got

20    to the -- to the plea, Your Honor, he had already stopped

21    posting anything about -- anything about politics.

22         Interestingly, he is -- he is a registered Green

23    Party voter.  He is an avowed -- some type of Hindu --

24    Vedanta Hindu.  He's sort of delved into posting about those

25    things, but not politics -- and none of this.  And that's

1    well before he ever pled guilty; well before he had an

2    attorney saying, be careful what you are posting.  Right?

3           He was -- he supports his two children.  He is the

4    primary caretaker of his two children.  His fiancée is

5    not -- his fiancée -- he also lives at home with them.  She,

6    in fact, came to Washington, D.C., but did not feel that she

7    was wearing court-appropriate attire.

8           She -- I have visited him, as I said.  He lives in

9    a modest home that is strewn, littered with toys.  It is

10   clear from the moment you get even to that outside gate that

11   his two boys -- his young sons are his life.  I can't have a

12   phone call with him without his kids getting on the phone or

13   yelling.  He is the sole caretaker -- he is the primary

14   caretaker.  He prepares their meals; he gets them out of

15   bed.  He -- he sends them to school; he helps them with

16   their homework.  He puts them into bed at night.  The

17   hardship that would be caused if he were taken away from

18   that home and from that family -- family, I'm sorry, is

19   immeasurable.

20          He also owns his own company; it's Westmoreland

21   Movers.  It is a legitimate company on the books; they pay

22   taxes.  And he provides employment for seven to eight

23   individuals who work as independent contractors through him.

24          It is -- it is a -- he provides gainful employment

25   in a part of the country, frankly, Your Honor, where there

1    is not that much employment to be found.  He provides

2    employment, as he himself has said, to individuals who may

3    find it difficult to get a job elsewhere, so -- either

4    returning citizens or sometimes people who have struggled

5    with certain levels of sort of mental health needs or family

6    needs.

7             So not only would removing him from the streets

8    and incarcerating him have an immeasurable effect on his own

9    personal nuclear family, it would have a devastating effect

10   or potentially devastating effect on other families and

11   other individuals in the community.

12            I did take the liberty, Your Honor, of -- of sort

13   of going through the most recent iteration of the chart

14   which I think came out on March 9th.  And I -- I know it's

15   difficult sometimes to compare and contrast with cases.

16   Certainly I can't tell the tone sometimes when I am just

17   looking at something.  So I took the liberty of highlighting

18   just some of Your Honor's cases because Your Honor would

19   know better and can -- please correct me if I'm

20   misunderstanding how something ended up coming out in court.

21            But this Court -- and I am just going to highlight

22   a few, Your Honor -- this Court in the matter of James

23   Lollis gave that defendant a sentence of 3 months of home

24   detention; followed by 36 months of probation, including 90

25   days' GPS monitoring; and 100 hours of community service.

1    That individual had no prior record, cooperated with the

2    FBI, but he had -- he drove quite a distance to get there.

3    He took a gun with him to Virginia.  He defaced the Capitol

4    Building by leaving his -- a profane sticker on the wall.

5    He posted on social media.  And he spent, certainly, much

6    more time in the building, as well as actively taunted law

7    enforcement officers; and then he left one area only to go

8    to yet another area.

9            Jack Griffith -- this Court gave him 3 months of

10   home detention, 36 months of probation.  This individual, in

11   fact, later exploited his own prosecution in this matter

12   trying to get attention for some video game he was creating

13   where -- where former President Trump was shooting, I guess,

14   Antifa zombies, and -- and zombie democrats and Antifa

15   individuals.  He made light of and mocked the criminal

16   charges.  He saw people attack law enforcement -- he saw

17   that and, in fact, he sought to make money off of it and

18   fundraise off of it.  That individual got three months of

19   home detention.

20           Eric Torrens, also three months of home detention.

21           Leonard Gruppo, the government argued that his 28

22   years of military service was, in fact, an aggravating

23   factor.  He also got three months of home detention.  He

24   actually had heard -- presumably heard loud flash-bangs, saw

25   plumes of smoke.  He was one of the individuals who actually

1    scaled the retaining wall.  He did turn himself in; but he

2    actively disobeyed the police and lied when he was being

3    questioned -- or gave sort of odd excuses when being

4    questioned.

5              And just the last, Your Honor -- Your Honor

6    already went over Brian Stenz, who, in fact, his open matter

7    was for falsifying documents to procure a firearm.  And he

8    had sat on a police officer's motorcycle -- and taking

9    photos.

10             And then we have Robert Schornak who got

11   28 intermittent -- days of intermittent incarceration.  This

12   is someone who literally said ahead of time that he was

13   going to go and that he did not expect it to be peaceful.

14   He went with a military tactical vest, helmet.  He stole a

15   flag while there.  And while he pled guilty, he refused to

16   express remorse and refused to cooperate with investigators.

17             And so the only two here that I am seeing that

18   have, in fact, pulled-off-the-street incarceration are two

19   cases that are so wildly different from the facts we have in

20   the case at bar.  It doesn't mean that Mr. Fox is any less

21   guilty; but I would submit to the Court that using the

22   government's own rubric it does suggest that Mr. Fox is not

23   the kind of individual who should be -- by their own

24   measure -- their own standards -- who should be pulled off

25   the street, away from his family, away from his employees or

1    contractors and -- and put in a jail cell.  It would not be

2    who anyone -- in terms of specific deterrence, that has

3    doubtlessly been achieved here.  And I would just like to

4    highlight from the letter he submitted, Your Honor.

5            THE COURT:  Has it been achieved here already?

6            Because, as I said, what a defendant continues to

7    believe is important for specific deterrence and helps a

8    judge figure out how long should this person be under

9    supervision --

10           MS. JAYARAMAN:  And Your Honor --

11           THE COURT:  -- particularly defendants like this

12   one who, as you have described, is susceptible to following

13   conspiracy theories that have zero basis in reality.

14           MS. JAYARAMAN:  There are two things I would say

15   to that, Your Honor.  One is -- and at least from what I

16   could tell from reading the sentencing memoranda -- I did

17   not see this with many others.

18           Mr. Fox -- this has been a huge wake-up call such

19   that he, on his own -- he wasn't ordered to do so as any

20   kind of pretrial release condition -- on his own sought and

21   continues to get therapy.  He saw -- and, in fact,

22   Mr. Franks put it quite -- quite well I think -- very

23   simply, but very well, when we were meeting with Mr. Franks

24   and the agent, and they were asking him, you know:  Why did

25   you -- Why did you post this stuff?  Why did you post the

 1    selfie?

 2              And Mr. Franks actually said:  Yeah.  It felt

 3    good.  You were kind of getting props.

 4              And that's exactly what it was.  But he is

 5    actively seeking help for that aspect of himself and trying

 6    to understand where that need comes from for external

 7    validation.

 8              The other, I think, unambiguous sign we have that

 9    specific deterrence has been achieved is when we look at his

10    own words in the letter that he wrote to the government.  He

11    is not only remorseful that he was there, remorseful that he

12    was -- broke the law, sorry he was caught, and sorry to his

13    family -- which we have heard over and over.  But he has

14    said and wants to say to everybody else in this situation or

15    contemplating this type of behavior, that he is embarrassed.

16    And his own words bear that out.

17              He said -- he talks about, on page -- I'm sorry,

18    they're not numbered.  On the next-to-the-last page, he

19    talks about the unbearable weight of shame.

20              On the last page, he talks about:  I am sorry my

21    involvement that day did help facilitate the environment of

22    violence; that is something of great embarrassment and

23    dishonor to myself.

24              Those are not meek words.

25              "I have since been trying to work on myself to go

1    in a new direction."

2            He's -- he talks about the mental health

3    medication he is taking, the treatment.  And then perhaps

4    the most important sentence or sentences of all are in his

5    very last paragraph:  It is my greatest hope all of the

6    United States learns from this -- from this lesson, as I

7    know I have.  So many theories and disrespect towards the

8    other side created a sense of desperation and a disconnect

9    from their fellow citizens.  That is the most clear

10   indication we have of Mr. Fox's own evolution and thinking.

11           He is not done yet.  He certainly does need

12   supervision; I think he would do well with supervision.  But

13   he -- we know that he has been specifically been deterred.

14   And his own goal through his own words is that others be

15   deterred as well.  So his own goal is to promote general

16   deterrence.

17           For all of these reasons, I would submit to the

18   Court that an appropriate sentence in this matter would be a

19   term of probation but with conditions of continued mental

20   health treatment as recommended by the professional mental

21   health treatment providers, and medications as recommended

22   by treatment providers.

23           Does Your Honor have any questions for me?

24           THE COURT:  No.

25           I am now ready to hear from Mr. Fox.

```
1              MS. JAYARAMAN:  Yes, Your Honor.

2              THE COURT:  Mr. Fox, you may step forward.

3              You can stay there also.

4              MS. JAYARAMAN:  Yes, Your Honor.

5              THE COURT:  Please step forward, Mr. Fox.

6              THE DEFENDANT:  Good afternoon, Your Honor.

7              THE COURT:  Good afternoon.

8              THE DEFENDANT:  Thank you for having me here and

9     tolerating my late...

10             I have been looking forward to this day for -- not

11    looking forward to it -- dreading, I guess, for a long time,

12    and --

13             THE COURT:  You have been looking forward to your

14    sentencing date?

15             THE DEFENDANT:  No, no, no.  I mean, looking

16    forward to it being over with; like, this has been very

17    emotionally exhausting.

18             THE COURT:  Have you been vaccinated, Mr. Fox?

19             THE DEFENDANT:  No, ma'am.  No, Your Honor.

20             THE COURT:  All right.  Keep your mask on.

21             THE DEFENDANT:  I mean, I deal with -- you know,

22    like she said, I have two little kids -- three and six,

23    boys.  You know, I run my own business, which is a moving

24    company.  A lot of our guys are, you know, blue collar labor

25    level.  A lot of them have been in trouble, in jail.  And
```

1        it's certainly impossible for some of those guys to try and

2        find employment afterwards, aside from maybe McDonald's,

3        and --

4                    THE COURT:  I am not concerned about the other

5        guys who work for you, Mr. Fox.

6                    THE DEFENDANT:  Okay.

7                    THE COURT:  I want you to tell me why, when you

8        believed before January 6th -- that you wanted a civil war

9        to start here, and you wanted the former President to start

10       a civil war --

11                   THE DEFENDANT:  Absolutely not, Your Honor.

12                   THE COURT:  -- why I shouldn't be concerned that

13       you are still looking for a civil war.

14                   THE DEFENDANT:  I was never looking for a civil

15       war.  It was an overinflated statement of just exasperation,

16       and just -- just tiredness of the whole situation.

17                   You know, it really is just such a strange thing

18       that my social media which -- people know me as being sort

19       of darkly sarcastic at times -- and then to have had happen

20       what happened, and then using these as an indicator for how

21       I possibly think is -- yeah, like, it's -- it's -- I mean, I

22       understand why, you know.

23                   But it's -- it's just so much to try and say from

24       my point, it's -- you know, it's frustrating for me to be

25       seen as somebody -- when I was posting these things on

1   Facebook, a lot of those times -- a lot of previous years

2   and stuff purely started from 2015; I didn't have a whole

3   lot going for me.

4          And so I was a former politics student; and

5   arguing politics online was just kind of like a passion of

6   mine.  They were meant to be inflammatory remarks to provoke

7   a response from the other side, to start a debate or

8   argument of some kind so I could spend all day just yelling

9   at people and -- you know, a major waste of time.  You know,

10  I don't think I changed one mind during all of that.  I have

11  seen other points of view that I understand now, and -- but

12  I don't think I ever changed a mind doing that.  I consider

13  it a blessing that it's over.

14         THE COURT:  You have not changed your mind about

15  doing that?

16         THE DEFENDANT:  No.  I never changed anybody

17  else's mind about --

18         THE COURT:  Oh, you never changed --

19         THE DEFENDANT:  -- you know what I mean, when I

20  would be, like, arguing with people, and things like that.

21         You know, my view on politics has been fairly

22  consistent from the start.  I have been registered Green

23  Party.  I always feel like people should -- you know, if we

24  could agree on one thing, it should be the environment.  We

25  should have a place to live.

1          The republicanism was not something that was

2     always my idea, it was just fellow travelers with -- you

3     know, when I supported Trump, you know, back in 2015, and

4     then through the years.  Mine was more about policy and less

5     about culture.  You know, I didn't like the North American

6     Free Trade Agreement, you know.  I thought that we should

7     have more of an Ellis Island in Texas rather than open

8     borders.  And so a lot of things weren't really being said

9     in the regular media, and then up comes this guy saying

10    these things -- okay, so I support him politically.

11         But there was also some things that came along

12    with this, this other -- this cultural baggage.  You know,

13    these labels that kind of came with it that sort of -- you

14    know, people stick onto somebody if they feel like they

15    support him.  Well, I don't feel like I was ever any of

16    those things.  Like I said, I have statues of Narayana,

17    Lakshmi, Brahma, Saraswati, Durga, and Shiva in, you know,

18    my office.  I mean, you know, I identify as Hindu.  I go to

19    Sri Venkateswara Temple for --

20         THE COURT:  I'm sorry.  You are talking to

21    quickly.  It's very hard to understand you.

22         THE DEFENDANT:  I'm sorry.

23         THE COURT:  So could you please slow down.

24         THE DEFENDANT:  All right.

25         THE COURT:  And you mentioned names that were a

1    blur.

2              THE DEFENDANT:  I apologize.

3              Hindu idols.  So, like, you know, I -- if I had to

4    identify as a religion, it would be Hinduism.  So, like, you

5    know, I don't fit a lot of the labels is what I'm saying.  I

6    don't feel like I fit a lot of the labels that people

7    usually throw on for somebody who supports Trump.

8              You know, a lot of the stuff that I thought was

9    for him -- I am conservative in the way that I feel like

10   government should have less role in people's lives and

11   people should have more of a role in their own lives.

12             So, like, I never wanted to attach myself to any

13   of these other --

14             THE COURT:  But you went parading into the Capitol

15   on January 6th, and you were protesting something.  And you

16   were protesting what on that day?

17             THE DEFENDANT:  Well, to be perfectly honest, Your

18   Honor, I didn't know there was going to be a protest that

19   day.  I went down there for what I thought was going to be

20   the last President Trump rally because I knew that the

21   election was over, he didn't win; and this was going to be

22   the last time I was going to see him as President, just as a

23   experience --

24             THE COURT:  Did you believe -- did you believe the

25   conspiracy theories about some stolen election?

1           THE DEFENDANT:  You know, I didn't have an opinion

2      on that either way, and here is why -- because Trump had

3      done so much to make people hate him for four years that

4      it's quite believable that people who had never voted before

5      just up and went, like -- you know:  Okay, not that guy, you

6      know, and voted against him.

7           The things that I posted on Facebook -- I was

8      expressing frustration with the mail-in ballots that, you

9      know, I mean, had just really proliferated in 2020.  And I

10     was wondering about the security, you know, and safety of

11     that and the efficacy of it being used for, you know,

12     voting, you know what I mean.  If it was -- it was safe

13     or -- you know, the more you look into it, there's been

14     voting tampering through the years.  But, no, I didn't

15     really associate the coronavirus thing with Donald Trump,

16     you know, being out of office.

17          If you look back through my Facebook posts, you

18     probably --

19          THE COURT:  All right.  The government talked

20     about some of your friends.  And your attorney also talked

21     about how it's important for you to get these accolades for

22     your provocative posts online.

23          So, Mr. Fox, are you still getting those accolades

24     for being a January 6th defendant charged for your conduct

25     on January 6th?

1              THE DEFENDANT:  I won't lie to you.  People

2       actually say -- you know what I mean?  Like:  Hey, I support

3       you.  Hey, I am there with you.

4              I'm like:  I don't think you know what you are

5       saying because I am not the person that you think of --

6       like, I wasn't going in and storming the Capitol, like:  Hey

7       take this.

8              I had no -- like, I wanted to see what was

9       happening in there.  And I was talking to some people and I

10      saw the riot police forming columns [sic], and I knew that

11      the situation wasn't going to last; and I kind of wanted

12      something to, like, remember the day, you know, and maybe

13      show the grand-kids 40 years from now.  It wasn't --

14             THE COURT:  So when people cheer you on, Mr. Fox,

15      and say you are a hero --

16             THE DEFENDANT:  I don't think anybody is --

17             THE COURT:  -- do you tell them they're wrong?

18             THE DEFENDANT:  Yeah.  Yeah.  I mean, I don't

19      think anybody is calling me a hero.  But if they say they

20      support me, I say:  I'm not sure you are actually supporting

21      me.  I'm not sure you actually know what you are really

22      saying.

23             And, you know, if you guys had my Facebook account

24      and knew that I was talking to people, you might have seen

25      me talking to some of my friends, and they said:  Hey, man,

1    I wish I could have gone.  You know what I mean?  I really

2    support you.

3          And I say:  Hey, I don't know how I feel about all

4    this, really, you know, without totally just, you know,

5    taking a dive on the other side; and then people just being

6    like, well, okay, he is a turncoat.

7          You know, I told them -- I feel differently after

8    that day; I did.  Even driving back, the day afterwards -- I

9    sort of kind of came back and I was feeling frustrated; and

10   that's why I, like, made that post.  But immediately

11   afterwards, even on the drive back, I said:  I don't feel

12   the same anymore.

13         And these people that I was walking around with

14   and stuff, I am not sure if anybody had a clear clue of what

15   they were -- we were talking about.  Everybody had these

16   signs -- every hundredth person had a sign for a YouTube

17   channel; with a megaphone, shouting for attention kind of

18   for themselves.  And I am like, you know, weren't we all

19   supposed to be here to be concerned about something

20   legitimate.  You know what I mean?

21         We got -- there were bingo floats.  There was --

22   you know what I mean?  Westboro Baptist pastors just

23   shouting stuff on the street.  I mean, it was -- it wasn't a

24   cohesive group; and I didn't feel like it was a coherent

25   group.  It was -- you know, it was --

1              THE COURT:  So, Mr. Fox, did you write this letter

2      yourself --

3              THE DEFENDANT:  Yes, Your Honor.

4              THE COURT:  -- that you sent to the prosecutor?

5              THE DEFENDANT:  Yes, I did.

6              And, yeah, that's -- that's really how I felt.

7      Things got very strange for me that day and -- and afterwards.

8              THE COURT:  So you wrote all of this yourself?

9              THE DEFENDANT:  Um-hum.  Yeah.

10             THE COURT:  Okay.

11             THE DEFENDANT:  I mean, that's -- that's -- that

12     is how I feel.  I do -- if anybody would ask me, even -- you

13     know, I wish I could pull up the Facebook messages.  I do

14     feel extremely disheartened, embarrassed.  And I would never

15     advocate anybody to have any kind of amount of violence in a

16     democracy.  Who would vote for that anyway?

17             THE COURT:  And would you agree at least today,

18     and in connection with this case, that the people who went

19     into the Capitol Building on January 6th to stop the

20     Congress from doing their jobs --

21             THE DEFENDANT:  Those people were --

22             THE COURT:  -- and the Vice President from doing

23     his job were not patriotic Americans; do you agree?

24             THE DEFENDANT:  I would agree that those are not

25     patriotic Americans because I did hear patriotic Americans

1    in the crowd when things were getting broken or something,

2    or, you know, shouting like:  Hey, we don't know this guy;

3    we don't know this person, you know what I mean? -- and kind

4    of like moving him along.

5          So there were some, but I would say if you were

6    going in -- if I saw anybody attacking a police officer, I

7    would be trying to get them from behind.  Like, that's

8    not -- I have family that are police officers, and if I saw

9    any of that, like, I would be trying to help the police

10   officers.  That's...

11         No.  But I don't know why -- I don't know how

12   people can conflate, like, yeah, we're here to help.  Hey,

13   you, police officer at your job, like, take this.  You know?

14   Like, it's not -- that's not congruent, and it's not

15   sincere.  And that's one of the things I was saying about

16   the group, where it's -- these people are serious about what

17   they are doing?

18         You know, I was telling people on the way down

19   there:  Why would you go and -- why would you go start

20   trouble at the Capitol?  Like, you are not going to be able

21   to talk to people there.  They have underground tunnels; I

22   saw them on a school field trip.  They would just leave.

23   You know --

24         THE COURT:  All right.  Is there anything further

25   that you want to say to me, Mr. Fox?

1          THE DEFENDANT:  Just thank you very much for your

2     time, Your Honor.  And, you know, I never had the intentions

3     of going in and harming anybody.  And I am very sorry for

4     everything that I have done.  It is extremely embarrassing;

5     and, you know, I am not going to be telling any future

6     generations about this, if possible.

7          THE COURT:  All right.  You can just stay right

8     where you are.  I am going to explain the sentence I am

9     about to impose and impose sentence.

10          Did you want to say something, Mr. Franks?

11          MR. FRANKS:  No, no.  I thought you were about to

12     pronounce your sentence.

13          THE COURT:  I am.  You can stay seated.

14          MR. FRANKS:  Okay.  Thank you.

15          THE COURT:  So after considering the sentencing

16     memoranda, the presentence investigation report, probation

17     department's sentencing recommendations, reading the

18     briefing submitted by the parties, Mr. Fox's letter to the

19     prosecuting attorney here -- usually it's to the Court, but

20     here it was to the government, hearing Mr. Fox's statement

21     here today -- I have to consider the relevant factors set

22     out by Congress in 18 U.S.C. Section 3553(a) to ensure I

23     impose a sentence that is sufficient but not greater than

24     necessary to comply with the purposes of sentencing.

25          And those purposes include:  The need for the

1    sentence imposed to reflect the seriousness of the offense,

2    to promote respect for the law, and provide just punishment

3    for the offense.  The sentence should also deter criminal

4    conduct, protect the public from future crimes by the

5    defendant, and promote rehabilitation.

6         So pursuant to 18 U.S.C. Section 3553(a), I have

7    to consider the nature and circumstances of the offense;

8    Mr. Fox's history and characteristics; the types of

9    sentences available; the need to avoid unwarranted sentence

10   disparities among defendants with similar records who have

11   been found guilty of similar conduct, and the need to

12   provide restitution to any victims of the offense.

13        Beginning with the restitution amount owed by the

14   defendant, the statute of conviction here -- the petty

15   offense -- is not covered by the two general restitution

16   statutes codified at 18 U.S.C. Section 3663 and 3663(a); and

17   the Court has no authority to determine a restitution amount

18   but instead is limited by what the government agrees to in

19   the plea agreement.

20        The plea agreement here provides for a restitution

21   payment of $500, which this Court will order pursuant to

22   18 U.S.C. Section 3663(a)(3).

23        Regarding the nature and circumstances of the

24   offense, as I have already mentioned, the defendant has been

25   convicted of parading, demonstrating, or picketing in a

1        Capitol Building in violation of 40 U.S.C. Section

2        5104(e)(2)(G), which is a petty offense Class B misdemeanor.

3                And this is -- despite the title of the statute --

4        parading, demonstrating, or picketing -- which might give

5        the impression that it's basically protesting in the wrong

6        place.  What happened on January 6th at the Capitol was not

7        protected First Amendment parade or demonstration or a

8        picket or a protest; it was a mass riot that overwhelmed law

9        enforcement so that they were unable to keep people out of

10       the Capitol Building, and, therefore, this mob disrupted the

11       proceedings of Congress to certify the 2020 presidential

12       election, which is a task that the Constitution calls on

13       them to perform every four years for the peaceful transition

14       of power.

15               One thing that I haven't heard from this

16       defendant -- either somewhat in his letter, but certainly

17       not before me, is any appreciation of the seriousness of

18       what happened that day or any particular remorse for helping

19       that mob do what they did, and that's really unfortunate.

20               Everybody who went into the Capitol Building that

21       day to stop Congress from doing its job, they were not

22       patriotic Americans.  They may have been Americans, but they

23       were certainly not patriots trying to uphold the

24       Constitution and the rule of law.  In this case --

25               THE DEFENDANT:  Can I speak on that for a minute?

1           THE COURT:  No, you may not.  You have had your

2      time to speak, Mr. Fox.

3           Before traveling from Pennsylvania to Washington

4      on January 6th, this defendant made several posts on

5      Facebook indicating that he was ready for civil war and

6      fireworks during his visit to the nation's capital.

7           On December 24, 2020, in a Facebook post, he

8      stated, "The worst part of 2020 was seeing so many people be

9      ok with actual voter fraud and... I hope Trump starts a

10     civil war."

11          In another Facebook post, also before January

12     6th -- this time on January 1, 2021, he wrote, "The next

13     time I see fireworks go off in D.C. I want them attached to

14     traitor politicians.  Unrelated but see yinz on the 6th."

15          When the day arrived, on January 6th, this

16     defendant went to the Trump rally and then joined the mob,

17     following the crowd into the Capitol.  And he saw rioters

18     break a window on a small white door and observed people who

19     were getting extra rowdy.  He knew this was unlawful

20     conduct.  And despite witnessing this violence, he didn't

21     turn around to walk away.  And in his own words, he said:

22     The scene was tough to watch, but you couldn't look away

23     either.  It was going to be big news and a big event.

24          And the reason why he took photos to memorialize

25     his presence among the mob was so that he could show his

1    kids in the future that he was there on January 6th.  Now he

2    will be able to show his kids his judgment and conviction

3    order for being there.

4              THE DEFENDANT:  Hopefully not now.

5              MS. JAYARAMAN:  And, Your Honor, I apologize, but

6    may I just place one thing on the record, please --

7              THE COURT:  Yes.

8              MS. JAYARAMAN:  -- to correct the record?

9              I understand this Court's position about his

10   expressions of remorse.

11             I would just like to highlight for the Court the

12   same sentence that I had read into the record earlier where

13   he says:  I am sorry that my involvement that day did help

14   facilitate to the environmental violence.

15             I just wanted to read that into the record.

16             THE COURT:  I have read his letter, and I have

17   also heard him here today.

18             MS. JAYARAMAN:  Thank you, Your Honor.

19             THE COURT:  There is a big disconnect in space

20   between what he said in his letter and what he was saying to

21   me today --

22             MS. JAYARAMAN:  I understand, Your Honor.

23             THE COURT:  -- which was a letter to the

24   prosecutor.

25             MS. JAYARAMAN:  Yes.

1          THE COURT:  All right.  The defendant is going to

2    have a permanent federal criminal conviction record to

3    follow him the rest of his days to prove that he was there

4    on January 6th to add to his photos that he took there.

5          He entered the Capitol Building through a broken

6    window in the Senate wing entrance; it was captured on CCTV

7    footage.  He is shown taking a selfie that he posted to

8    Facebook; and then he left after spending about two minutes

9    inside the building.

10          Unlike a number of other defendants who went into

11   the Capitol that day unlawfully, he didn't seem to touch

12   anything inside the Capitol; he didn't enter a private

13   office.  He didn't even wander around the public corridors;

14   he didn't go into the Senate or House Chambers.

15          So his conduct -- he didn't steal anything; he

16   didn't deface anything.  He didn't encounter any law

17   enforcement officers when he was there to taunt, threaten,

18   or push them out of the way as part of a bigger mob.  So his

19   conduct -- whatever his belief system that he believed then,

20   that he believes now -- his conduct on that day was far less

21   serious and egregious in compounding his unlawful conduct

22   than a number of other defendants that I have seen before me

23   and are listed in the government's long list -- and growing

24   list of defendants who have been sentenced in connection

25   with their unlawful conduct on January 6th.

1           The day after his participation in the riot, on

2     January 7, 2021, the defendant uploaded to Facebook several

3     photos he took throughout his participation in the Capitol

4     riot, including pictures of other members of this mob

5     attempting to break the Senate wing entrance window and gain

6     access to the building; and he also posted a message about

7     lefties "pissing and moaning," and about taking the building

8     that was ours, and other disparaging remarks about people

9     with whom he does not share the same political beliefs.

10          At least through April -- late April 2021, this

11     defendant continued to make statements on social media

12     promoting lies about the events of January 6th, such that

13     the Capitol -- such like the Capitol riot was a walking

14     tour; that it was, quote:  "Absolutely a lie that anything

15     violent happened there other than a black officer murdering

16     a white woman."

17          He also took to Facebook to celebrate his conduct

18     as a member of the riot and spread lies about what

19     transpired on January 6th.  But, again, all of that speech,

20     as disturbing as it is, is not what the unlawful conduct was

21     that he is charged with in connection with his guilty plea

22     which is his deliberate unlawful entry into the Capitol

23     Building, which is a petty offense.

24          So regarding his history and characteristics,

25     starting with his criminal history, he does have three prior

1    convictions for public drunkenness, a DUI, and retail theft;

2    each of which is more than 10 years old, when he was in his

3    early 20s.  And for his 2010 DUI conviction, he was

4    sentenced to some intermediate punishment program with a

5    period of probation.  He also has a couple more recent

6    traffic infractions to which he pled guilty, but this is a

7    fairly minor and old criminal history.

8            He has been engaged in a stable relationship, and

9    he has two children.  He has a history of substance abuse,

10   but has noted that he stopped smoking marijuana when he was

11   arrested on the instant offense; and all of his drug tests

12   while he has been on pretrial release have come back

13   negative.

14           He is educated in terms of -- he has a -- he has

15   graduated from high school; he has two years of

16   undergraduate studies.  As he said, political science was

17   something that he studied.

18           He has a moving company where he employs some

19   people.  He has a stable relationship, his business

20   pursuits.  His commitment to his children is certainly

21   commendable and shows that he has the ability to be a

22   law-abiding, productive citizen, so I am going to take that

23   into account in evaluating the appropriate sentence here.

24           The need for the sentence imposed to deter

25   criminal behavior and protect the public from further crimes

1    by this defendant are significant and critical

2    considerations for every sentencing judge, and the

3    seriousness of the criminal conduct witnessed on January 6th

4    highlights the need for deterrence in some form of

5    sufficient sentence to deter this defendant and others from

6    engaging in the same kind of conduct in the future that

7    would disrupt the peaceful transition of power that -- up

8    until January 6, 2021 -- this country held itself above most

9    others in the world for their ability to perform that

10   function in the change of administrations.

11        So when determining the sentence to impose, the

12   importance of deterring future malcontents from disrupting

13   the peaceful transition of power after an election weighs

14   very heavily on this Court and all of the other judges on

15   this court as we confront these individuals who engaged in

16   unlawful conduct on January 6th.

17        Specific deterrence is also of concern in this

18   case, in light of the defendant's statements on social media

19   before and after the events of January 6th and through late

20   April of 2021, bragging about his conduct and celebrating

21   the rioters as patriots who wanted to knock and talk to

22   Congress.  And he would, "Do it again, fight me" -- which is

23   what he said on a January 7, 2021, Facebook post.

24        Regarding the types of sentences available, this

25   was a petty offense.  The government has argued here for a

1    term of probation and a term of imprisonment that -- in what

2    we call a "split sentence."  And as an alternative to

3    confronting the thorny legal issue of whether a split

4    sentence is available for a petty offense, which has been a

5    matter of some legal debate in my court, the government

6    requests that the Court impose a period of intermittent

7    incarceration, which is permitted as a special condition of

8    probation.

9           In this case, however, given the defendant's

10   concrete unlawful conduct of two minutes inside the Capitol

11   Building, I would -- I do find that it would be an

12   unwarranted sentencing disparity to impose a term of -- any

13   term of incarceration, whether a straight incarceration or

14   for intermittent confinement and, therefore, I do find the

15   specific deterrence will be satisfied with a lengthy period

16   of probation.  This is, as I said, due to the statutory

17   requirement that this Court avoid unwarranted sentencing

18   disparities.

19          And, therefore, based on my consideration of these

20   and other factors, I will now state the sentence to be imposed:

21          Pursuant to the Sentencing Reform Act of 1984 and

22   in consideration of the provisions of 18 U.S.C. Section

23   3553, it is the judgment of the Court that you, Samuel Fox,

24   are hereby sentenced to a term of 36 months, 3 years, of

25   probation on Count 4 of the information, with a special

64

1   condition of 2 months, 60 days, of home detention.  In

2   addition, you are ordered to pay a special assessment of $10

3   in accordance with 18 U.S.C. Section 3013.

4        While on supervision, you shall abide by the

5   following mandatory conditions as well as the standard

6   conditions of supervision which are imposed to establish the

7   basic expectations for your conduct while on supervision.

8        The mandatory conditions include:

9        One, you must not commit another federal, state,

10   or local crime;

11        Two, you must not unlawfully possess a controlled

12   substance, which includes marijuana;

13        Three, you must refrain from any unlawful use of a

14   controlled substance.  You must submit to one drug test

15   within 15 days of placement on supervision, and at least two

16   periodic drug tests thereafter, as determined by the

17   probation officer;

18        Four, you must make restitution in accordance with

19   your plea agreement and 18 U.S.C. Section 3663(a) -- 3663 --

20   not (a).

21        You shall comply with the following special

22   conditions:  You are ordered to pay a fine.

23        Also, in addition to your restitution amount of

24   $500, you will also pay a criminal fine in the amount of

25   $2500.  The Court has determined you do not have the ability

1    to pay interest and, therefore, does not waive any -- that

2    you do have the ability to pay interest, and therefore does

3    not waive any interest or penalties that may accrue on the

4    balance.

5         You must submit to home detention for a period of

6    two months as soon as practicable and comply with the

7    location monitoring program as directed by the U.S.

8    Probation Office.

9         You will be restricted to your residence at all

10   times except for employment, education, religious services,

11   medical, substance abuse, and mental health treatment,

12   court-ordered obligations, or any other such time

13   specifically authorized by the U.S. Probation Office.

14        The location-monitoring technology is at the

15   discretion of the U.S. Probation Office, and you must pay

16   the cost of monitoring.

17        Having assessed the defendant's ability to pay,

18   payment of the total criminal monetary penalties is due as

19   follows:  Payment in equal monthly installments of $100 over

20   the period of probation, to commence after the date of this

21   judgment.  You must disclose to the probation officer -- you

22   must provide to the probation officer access to any

23   requested financial information and authorize the release of

24   any financial information.  The probation officer may share

25   financial information with the U.S. Attorney's Office.

1           You are also ordered to make restitution to the

2     Architect of the Capitol in the amount of $500; and the

3     Court has determined that you have the ability to pay

4     interest that may accrue on that balance.

5           Restitution payments shall be made to the Clerk of

6     the Court for the U.S. District Court, District of Columbia,

7     for disbursement to the following victim:  The Architect of

8     the Capitol, Office of the Chief Financial Officer,

9     attention Kathy Sherrill, CPA, Ford House Office Building,

10    Room H2-205B, Washington, D.C. 20515, in the amount of the

11    restitution loss of $500.

12          The financial obligations are immediately payable

13    to:  The Clerk of the Court for the U.S. District Court, 333

14    Constitution Avenue Northwest, Washington, D.C. 20001.

15    Within 30 days of any change of address, you shall notify

16    the Clerk of the Court of the change until such time as the

17    financial obligation is paid in full.

18          The probation office shall release the presentence

19    investigation report to all appropriate agencies, which

20    includes the U.S. Probation Office in the approved district

21    of residence, in order to execute the sentence of the Court.

22    Treatment agencies shall return the presentence report to

23    the probation office upon the defendant's completion or

24    termination from treatment.

25          The Court also imposes as a special condition of

67

1    probation that the defendant continue in mental health

2    treatment with any medication that is prescribed for his

3    condition under the direction of the probation office.

4          Pursuant to 18 U.S.C. Section 3742, you have a

5    right to appeal the sentence imposed by the Court if the

6    period of imprisonment is longer than the statutory maximum.

7    If you choose to appeal, you must file any appeal within 14

8    days after the Court enters judgment.

9          As defined in 28 U.S.C. Section 2255, you also

10   have the right to challenge the conviction entered or

11   sentence imposed if new and currently unavailable

12   information becomes available to you or on a claim you

13   received ineffective assistance of counsel in entering a

14   plea of guilty to the offense of conviction or in connection

15   with sentencing.  If you are unable to afford the cost of an

16   appeal, you may request permission from the Court to file an

17   appeal without cost to you.

18         Are there any objections to the sentence imposed

19   not already noted on the record from the government?

20         MR. FRANKS:  No objections from the government.

21         THE COURT:  And from the defense?

22         MS. JAYARAMAN:  Court's indulgence.

23         THE DEFENDANT:  No objections.

24         MS. JAYARAMAN:  No objections, Your Honor.

25         Thank you.

1          THE DEFENDANT:  Thank you.

2          THE COURT:  You may sit down.

3          Does the government have a motion to dismiss the

4     open counts --

5          MR. FRANKS:  Yes, Your Honor.

6          THE COURT:  -- of the information against this

7     defendant?

8          MR. FRANKS:  The government moves to dismiss

9     Counts 1 through 3 of the information.

10          THE COURT:  All right.  That motion is granted.

11          Is there anything else to address today from the

12     government?

13          MR. FRANKS:  No.  Thank you, Your Honor.

14          THE COURT:  And from the defense?

15          MS. JAYARAMAN:  Nothing further.  Thank you.

16          THE COURT:  Okay.  You are all excused.

17          (Whereupon, the proceeding concludes, 11:57 a.m.)

18                          **CERTIFICATE**

19          I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby
       certify that the foregoing constitutes a true and accurate
20     transcript of my stenographic notes, and is a full, true,
       and complete transcript of the proceedings to the best of my
21     ability.
            This certificate shall be considered null and void
22     if the transcript is disassembled and/or photocopied in any
       manner by any party without authorization of the signatory
23     below.

24     Dated this 11th day of June, 2022.

25     /s/ Elizabeth Saint-Loth, RPR, FCRR
       Official Court Reporter

**$**

**$10** [1] - 64:2
**$100** [1] - 65:19
**$2500** [1] - 64:25
**$500** [4] - 55:21, 64:24, 66:2, 66:11

**/**

**/s** [1] - 68:25

**1**

**1** [3] - 11:9, 57:12, 68:9
**10** [1] - 61:2
**100** [2] - 34:7, 38:25
**10:26** [1] - 1:5
**10th** [1] - 1:12
**111** [1] - 1:12
**11:57** [1] - 68:17
**11th** [1] - 68:24
**12** [2] - 16:25, 17:1
**14** [2] - 23:12, 67:7
**15** [1] - 64:15
**17** [1] - 16:2
**18** [12] - 5:13, 5:22, 9:5, 21:10, 54:22, 55:6, 55:16, 55:22, 63:22, 64:3, 64:19, 67:4
**19106** [1] - 1:18
**1984** [1] - 63:21
**1987** [1] - 7:1
**1989** [1] - 6:24

**2**

**2** [1] - 64:1
**20-20** [1] - 3:18
**20001** [1] - 66:14
**2010** [1] - 61:3
**2015** [2] - 46:2, 47:3
**2020** [5] - 11:2, 49:9, 56:11, 57:7, 57:8
**2021** [8] - 24:18, 28:17, 57:12, 60:2, 60:10, 62:8, 62:20, 62:23
**2022** [3] - 1:5, 5:22, 68:24
**20515** [1] - 66:10
**20s** [1] - 61:3
**21-435** [2] - 1:3, 2:3
**215** [1] - 1:18
**2255** [1] - 67:9

**24** [1] - 57:7
**25** [1] - 17:9
**28** [4] - 4:7, 39:21, 40:11, 67:9
**28th** [2] - 28:12, 28:16
**29** [1] - 4:7
**2:13** [1] - 14:7

**3**

**3** [6] - 6:13, 6:22, 38:23, 39:9, 63:24, 68:9
**30** [12] - 13:2, 14:6, 14:11, 14:17, 16:1, 16:8, 16:20, 17:24, 21:15, 23:25, 27:23, 66:15
**3013** [1] - 64:3
**314** [1] - 1:13
**33** [5] - 4:10, 10:5, 10:8, 10:9, 10:12
**333** [1] - 66:13
**34** [1] - 4:11
**34-1** [1] - 4:17
**3553** [1] - 63:23
**3553(a** [3] - 16:23, 54:22, 55:6
**3553(a)** [2] - 5:13, 9:5
**3553(a)(6)** [1] - 21:10
**36** [3] - 38:24, 39:10, 63:24
**3663** [2] - 55:16, 64:19
**3663(a** [2] - 55:16, 64:19
**3663(a)(3)** [1] - 55:22
**3742** [1] - 67:4

**4**

**4** [3] - 3:6, 10:15, 63:25
**40** [3] - 23:3, 50:13, 56:1
**41** [1] - 15:23

**5**

**5** [1] - 1:5
**50** [2] - 11:4, 34:7
**5104(e)(2)(G** [1] - 56:2
**5104(e)(2)(G)** [1] - 23:3
**539-2200** [1] - 1:13
**540** [1] - 1:17
**58** [2] - 16:5, 20:22

**6**

**6** [4] - 6:23, 7:1, 24:18, 62:8
**60** [1] - 64:1
**601** [1] - 1:16
**63102** [1] - 1:13
**6th** [26] - 10:23, 19:18, 20:11, 23:5, 28:8, 30:11, 31:9, 33:1, 45:8, 48:15, 49:24, 49:25, 52:19, 56:6, 57:4, 57:12, 57:14, 57:15, 58:1, 59:4, 59:25, 60:12, 60:19, 62:3, 62:16, 62:19

**7**

**7** [2] - 60:2, 62:23
**7th** [1] - 28:10

**9**

**90** [1] - 38:24
**928-1100** [1] - 1:18
**9th** [1] - 38:14

**A**

**a)** [1] - 64:20
**a.m** [2] - 1:5, 68:17
**abide** [1] - 64:4
**abiding** [1] - 61:22
**ability** [7] - 61:21, 62:9, 64:25, 65:2, 65:17, 66:3, 68:21
**able** [4] - 2:16, 25:17, 53:20, 58:2
**absolutely** [6] - 28:14, 32:5, 34:3, 34:5, 36:10, 45:11
**Absolutely** [1] - 60:14
**abuse** [2] - 61:9, 65:11
**abusing** [1] - 21:4
**accept** [1] - 8:23
**accepts** [1] - 19:13
**access** [14] - 3:11, 3:13, 24:18, 25:8, 25:13, 25:15, 25:16, 25:23, 26:24, 35:18, 35:21, 60:6, 65:22
**accolades** [6] - 18:5, 18:18, 36:12, 49:21, 49:23
**accordance** [2] - 64:3, 64:18

**account** [3] - 27:9, 50:23, 61:23
**accounts** [2] - 24:19, 25:25
**accrue** [2] - 65:3, 66:4
**accurate** [1] - 68:19
**achieved** [3] - 41:3, 41:5, 42:9
**act** [3] - 17:21, 19:19, 20:18
**Act** [2] - 33:14, 63:21
**action** [3] - 12:7, 24:11
**Action** [1] - 1:3
**actively** [3] - 39:6, 40:2, 42:5
**activity** [1] - 25:7
**acts** [2] - 20:7, 34:9
**actual** [2] - 20:7, 57:9
**ad** [1] - 11:2
**add** [2] - 29:6, 59:9
**addition** [3] - 24:13, 64:2, 64:23
**address** [4] - 9:3, 35:11, 66:15, 68:11
**administrations** [1] - 62:10
**advance** [1] - 4:8
**advocate** [1] - 52:15
**afford** [1] - 67:15
**aftermath** [1] - 24:9
**afternoon** [2] - 44:6, 44:7
**afterwards** [4] - 45:2, 51:8, 51:11, 52:7
**agencies** [2] - 66:19, 66:22
**agent** [1] - 41:24
**agents** [3] - 24:7, 24:16, 28:13
**aggravating** [5] - 16:12, 16:16, 21:2, 23:14, 39:22
**ago** [1] - 17:1
**agree** [4] - 46:24, 52:17, 52:23, 52:24
**agreement** [11] - 24:15, 25:22, 25:23, 26:6, 26:12, 26:15, 27:2, 55:19, 55:20, 64:19
**Agreement** [1] - 47:6
**agrees** [1] - 55:18
**ahead** [2] - 31:19, 40:12
**aided** [1] - 1:25
**alias** [1] - 7:20
**aliases** [1] - 6:25
**allow** [1] - 24:16
**almost** [3] - 30:18,

30:19
**ALSO** [1] - 1:20
**alternative** [1] - 63:2
**Amendment** [1] - 56:7
**AMERICA** [1] - 1:3
**America** [1] - 2:3
**American** [1] - 47:5
**Americans** [6] - 32:25, 52:23, 52:25, 56:22
**amount** [7] - 52:15, 55:13, 55:17, 64:23, 64:24, 66:2, 66:10
**and..** [1] - 57:9
**answer** [1] - 20:1
**ANTHONY** [1] - 1:11
**Anthony** [1] - 2:9
**anthony.franks@
   usdoj.gov** [1] - 1:14
**Antifa** [2] - 39:14
**anyway** [1] - 52:16
**apologize** [5] - 2:17, 2:21, 10:6, 48:2, 58:5
**appeal** [5] - 67:5, 67:7, 67:16, 67:17
**APPEARANCES** [1] - 1:9
**appearing** [1] - 2:6
**apportioning** [1] - 31:23
**appreciate** [1] - 33:17
**appreciates** [1] - 36:15
**appreciation** [2] - 19:6, 56:17
**approach** [1] - 9:11
**appropriate** [8] - 5:8, 9:4, 19:17, 19:24, 37:7, 43:18, 61:23, 66:19
**approval** [1] - 31:12
**approved** [1] - 66:20
**April** [6] - 1:5, 28:12, 28:16, 60:10, 62:20
**Architect** [2] - 66:2, 66:7
**area** [3] - 32:3, 39:7, 39:8
**argued** [2] - 39:21, 62:25
**arguing** [2] - 46:5, 46:20
**argument** [1] - 46:8
**arrested** [2] - 25:5, 61:11
**arresting** [1] - 7:14
**arrived** [1] - 57:15
**aside** [1] - 45:2
**aspect** [2] - 36:1, 42:5
**assaulting** [1] - 21:4

**asserted** [1] - 25:6
**assessed** [1] - 65:17
**assessment** [1] - 64:2
**assistance** [1] - 67:13
**assisting** [1] - 9:24
**associate** [1] - 49:15
**associated** [2] - 1:24, 7:11
**AT&T** [1] - 3:13
**attach** [1] - 48:12
**attached** [2] - 4:16, 57:13
**attack** [2] - 27:20, 39:16
**attacking** [1] - 53:6
**attempted** [1] - 25:16
**attempting** [1] - 60:5
**attend** [1] - 11:23
**attention** [5] - 8:4, 31:21, 39:12, 51:17, 66:9
**attire** [1] - 37:7
**attorney** [5] - 8:9, 8:15, 37:2, 49:20, 54:19
**Attorney's** [1] - 65:25
**attribute** [1] - 27:10
**audio** [1] - 3:10
**August** [2] - 6:23, 7:1
**authority** [1] - 55:17
**authorization** [1] - 68:22
**authorize** [1] - 65:23
**authorized** [1] - 65:13
**available** [5] - 3:12, 55:9, 62:24, 63:4, 67:12
**Avenue** [1] - 66:14
**avoid** [6] - 14:20, 21:9, 32:21, 32:22, 55:9, 63:17
**avoiding** [1] - 15:18
**avowed** [2] - 31:1, 36:23
**awaiting** [2] - 23:6, 23:7
**aware** [1] - 35:14
**awful** [1] - 36:13

## B

**bad** [2] - 2:20, 34:15
**baggage** [1] - 47:12
**balance** [2] - 65:4, 66:4
**ballots** [1] - 49:8
**bangs** [1] - 39:24
**Baptist** [1] - 51:22
**bar** [1] - 40:20

**based** [4] - 7:22, 7:23, 9:4, 63:19
**basic** [1] - 64:7
**basis** [1] - 41:13
**bear** [3] - 11:25, 16:12, 42:16
**becomes** [1] - 67:12
**bed** [2] - 37:15, 37:16
**BEFORE** [1] - 1:8
**begin** [1] - 29:3
**beginning** [2] - 20:10, 55:13
**behalf** [2] - 2:14, 29:8
**behavior** [3] - 33:12, 42:15, 61:25
**behind** [1] - 53:7
**belief** [3] - 19:22, 31:13, 59:19
**beliefs** [8] - 24:10, 24:12, 24:14, 29:15, 29:19, 30:8, 60:9
**believable** [1] - 49:4
**believer** [1] - 29:23
**believes** [1] - 59:20
**below** [1] - 68:23
**bench** [1] - 15:12
**BERYL** [1] - 1:8
**best** [3] - 23:23, 30:9, 68:20
**better** [1] - 38:19
**between** [2] - 2:24, 58:20
**beyond** [1] - 35:3
**big** [6] - 20:12, 20:16, 21:25, 57:23, 58:19
**bigger** [1] - 59:18
**bingo** [1] - 51:21
**birth** [3] - 6:23, 6:25, 7:2
**bit** [6] - 6:24, 15:9, 15:10, 16:7, 29:12, 31:7
**black** [2] - 28:15, 60:15
**blame** [1] - 27:3
**blessing** [1] - 46:13
**blue** [1] - 44:24
**blur** [1] - 48:1
**books** [1] - 37:21
**borders** [1] - 47:8
**bottom** [1] - 10:8
**boys** [2] - 37:11, 44:23
**bragging** [1] - 62:20
**Brahma** [1] - 47:17
**breach** [3] - 23:5, 26:6, 33:24
**breached** [5] - 17:10, 17:25, 25:21, 25:22, 26:12

**break** [5] - 12:2, 14:3, 14:5, 57:18, 60:5
**breaking** [3] - 21:5, 28:13
**breaks** [1] - 18:24
**breathing** [1] - 33:9
**Brian** [2] - 23:2, 40:6
**briefing** [1] - 54:18
**bring** [1] - 12:19
**bringing** [1] - 8:3
**broadly** [1] - 31:10
**broke** [1] - 42:12
**broken** [8] - 17:5, 17:14, 28:5, 33:25, 34:1, 53:1, 59:5
**building** [9] - 2:23, 20:9, 21:5, 32:3, 35:8, 39:6, 59:9, 60:6, 60:7
**Building** [17] - 3:8, 4:13, 13:21, 16:11, 20:12, 20:16, 21:6, 24:4, 39:4, 52:19, 56:1, 56:10, 56:20, 59:5, 60:23, 63:11, 66:9
**bulletproof** [1] - 12:1
**buses** [1] - 11:3
**business** [2] - 44:23, 61:19
**buy** [1] - 31:12

## C

**campy** [2] - 30:15
**capital** [1] - 57:6
**Capitol** [54] - 3:8, 4:13, 10:25, 11:4, 11:7, 11:14, 11:19, 13:16, 13:17, 13:21, 13:24, 14:4, 14:6, 14:12, 14:16, 15:6, 16:11, 16:17, 17:8, 17:25, 18:11, 18:16, 20:12, 20:16, 21:6, 22:1, 23:5, 23:9, 24:3, 25:1, 25:2, 27:21, 32:3, 34:23, 39:3, 48:14, 50:6, 52:19, 53:20, 56:1, 56:6, 56:10, 56:20, 57:17, 59:5, 59:11, 59:12, 60:3, 60:13, 60:22, 63:10, 66:2, 66:8
**captured** [1] - 59:6
**cards** [1] - 13:5
**careful** [1] - 37:2
**caretaker** [3] - 37:4,

37:13, 37:14
**CARMEN** [1] - 1:20
**Carmen** [2] - 2:5, 7:6
**case** [29] - 5:9, 8:10, 9:1, 9:4, 10:6, 10:7, 10:15, 15:3, 16:6, 16:9, 16:10, 16:19, 20:25, 22:16, 23:1, 23:8, 23:11, 23:24, 24:15, 27:22, 33:15, 35:19, 40:20, 52:18, 56:24, 62:18, 63:9
**Case** [1] - 2:3
**cases** [20] - 9:25, 15:1, 15:4, 15:5, 15:6, 15:8, 15:23, 16:2, 16:5, 20:11, 20:23, 21:17, 22:8, 22:11, 23:16, 23:18, 24:2, 38:15, 38:18, 40:19
**caught** [1] - 42:12
**caused** [2] - 20:19, 37:17
**CCTV** [2] - 4:12, 59:6
**celebrate** [1] - 60:17
**celebrating** [1] - 62:20
**cell** [7] - 35:1, 35:12, 35:16, 35:18, 35:22, 35:23, 41:1
**Center** [2] - 7:11, 7:21
**certain** [2] - 29:15, 38:5
**certainly** [19] - 10:16, 17:23, 22:19, 29:15, 29:19, 30:8, 30:16, 31:3, 33:23, 34:6, 34:21, 36:14, 38:16, 39:5, 43:11, 45:1, 56:16, 56:23, 61:20
**CERTIFICATE** [1] - 68:18
**certificate** [1] - 68:21
**certify** [2] - 56:11, 68:19
**challenge** [1] - 67:10
**challenges** [1] - 19:3
**challenging** [1] - 23:17
**Chambers** [1] - 59:14
**change** [3] - 62:10, 66:15, 66:16
**changed** [5] - 46:10, 46:12, 46:14, 46:16, 46:18
**changing** [1] - 21:22
**channel** [1] - 59:12
**chaos** [1] - 18:15
**characteristics** [2] - 55:8, 60:24
**charge** [1] - 15:22

**charged** [8] - 14:4, 20:13, 32:15, 35:1, 35:5, 49:24, 60:21
**charges** [4] - 23:6, 23:7, 25:7, 39:16
**charging** [1] - 20:11
**chart** [4] - 15:10, 15:11, 16:3, 38:13
**chases** [1] - 14:13
**cheer** [1] - 50:14
**CHIEF** [1] - 1:8
**Chief** [1] - 66:8
**children** [4] - 37:3, 37:4, 61:9, 61:20
**choose** [1] - 67:7
**chose** [1] - 35:12
**Christopher** [1] - 2:4
**CHRISTOPHER** [1] - 1:5
**circumspect** [2] - 29:10, 31:6
**circumspection** [1] - 31:8
**circumstances** [2] - 55:7, 55:23
**cited** [4] - 15:5, 22:9, 22:11
**citizen** [1] - 61:22
**citizens** [3] - 33:5, 38:4, 43:9
**civil** [9] - 12:14, 12:21, 13:14, 45:8, 45:10, 45:13, 45:14, 57:5, 57:10
**claim** [1] - 67:12
**clarity** [1] - 32:6
**Class** [3] - 14:5, 15:20, 56:2
**clear** [3] - 37:10, 43:9, 51:14
**clearly** [3] - 13:21, 13:22, 32:4
**Clerk** [3] - 66:5, 66:13, 66:16
**client** [1] - 6:4
**client's** [1] - 36:9
**climbed** [2] - 17:6, 34:2
**clue** [1] - 51:14
**code** [1] - 25:17
**codified** [1] - 55:16
**coherent** [1] - 51:24
**cohesive** [1] - 51:24
**collar** [1] - 44:24
**collecting** [2] - 11:25
**Columbia** [1] - 66:6
**COLUMBIA** [1] - 1:1
**columns** [1] - 50:10
**combination** [1] - 16:2

**combined** [1] - 24:12
**comfort** [1] - 19:11
**coming** [2] - 13:11, 38:20
**commence** [1] - 65:20
**commendable** [1] - 61:21
**commended** [1] - 18:7
**commensurate** [1] - 20:7
**commented** [1] - 32:20
**comments** [1] - 28:10
**Commission** [1] - 15:15
**commit** [1] - 64:9
**commitment** [1] - 61:20
**commits** [1] - 16:17
**committing** [1] - 17:21
**community** [3] - 31:16, 38:11, 38:25
**company** [4] - 37:20, 37:21, 44:24, 61:18
**comparators** [1] - 23:19
**compare** [1] - 38:15
**compared** [1] - 24:2
**complete** [1] - 68:20
**completion** [1] - 66:23
**complicated** [1] - 2:25
**complied** [1] - 24:20
**comply** [3] - 54:24, 64:21, 65:6
**compounding** [1] - 59:21
**computer** [1] - 1:25
**computer-aided** [1] - 1:25
**concern** [1] - 62:17
**concerned** [3] - 45:4, 45:12, 51:19
**concludes** [1] - 68:17
**concrete** [1] - 63:10
**condition** [6] - 13:2, 41:20, 63:7, 64:1, 66:25, 67:3
**conditions** [5] - 43:19, 64:5, 64:6, 64:8, 64:22
**conduct** [31] - 16:12, 19:7, 19:9, 19:10, 19:14, 19:17, 19:24, 20:25, 21:1, 23:14, 24:16, 24:23, 32:4, 49:24, 55:4, 55:11, 57:20, 59:15, 59:19, 59:20, 59:21, 59:25, 60:17, 60:20, 62:3, 62:6, 62:16, 62:20,

63:10, 64:7
**confidence** [1] - 29:25
**confinement** [1] - 63:14
**confirmed** [1] - 36:11
**conflate** [1] - 53:12
**confront** [2] - 14:11, 62:15
**confronting** [1] - 63:3
**confused** [1] - 2:23
**Congress** [5] - 52:20, 54:22, 56:11, 56:21, 62:22
**congruent** [1] - 53:14
**connection** [7] - 4:2, 8:18, 20:18, 52:18, 59:24, 60:21, 67:14
**conservative** [1] - 48:9
**consider** [3] - 46:12, 54:21, 55:7
**consideration** [4] - 5:12, 9:5, 63:19, 63:22
**considerations** [2] - 32:13, 62:2
**considered** [1] - 68:21
**considering** [1] - 54:15
**considers** [1] - 10:22
**consistent** [1] - 46:22
**conspiracy** [4] - 29:10, 31:6, 41:13, 48:25
**constitutes** [1] - 68:19
**Constitution** [3] - 56:12, 56:24, 66:14
**constitutionally** [3] - 19:20, 20:20, 25:6
**contemplating** [2] - 33:11, 42:15
**context** [2] - 21:11, 21:14
**continue** [2] - 12:6, 67:1
**continued** [3] - 19:25, 43:19, 60:11
**continues** [4] - 29:21, 29:22, 41:6, 41:21
**contractors** [2] - 37:23, 41:1
**contrast** [1] - 38:15
**controlled** [3] - 24:19, 64:11, 64:14
**convicted** [2] - 23:2, 55:25

**convictions** [1] - 61:1
**cooperate** [1] - 40:16
**cooperated** [1] - 39:1
**Cooperation** [1] - 35:21
**cooperation** [9] - 24:21, 25:18, 25:22, 26:16, 26:19, 26:21, 27:2, 27:5, 36:1
**cooperative** [1] - 25:4
**coronavirus** [1] - 49:15
**correct** [19] - 5:25, 6:1, 6:24, 7:23, 8:1, 9:23, 11:13, 11:15, 11:17, 11:20, 12:4, 13:4, 14:9, 17:11, 26:25, 27:14, 27:17, 38:19, 58:8
**correction** [1] - 6:12
**corrections** [2] - 6:11, 8:5
**corridors** [1] - 59:13
**cost** [3] - 65:16, 67:15, 67:17
**counsel** [4] - 2:7, 4:8, 23:19, 67:13
**counsel's** [1] - 18:23
**Count** [3] - 3:6, 10:15, 63:25
**count** [1] - 15:20
**country** [4] - 33:4, 33:6, 37:25, 62:8
**counts** [1] - 68:4
**Counts** [1] - 68:9
**couple** [5] - 13:11, 13:24, 22:16, 28:10, 61:5
**Court** [35] - 1:21, 1:22, 2:2, 4:15, 5:10, 8:23, 10:22, 23:18, 35:13, 38:21, 38:22, 39:9, 40:21, 43:18, 54:19, 55:17, 55:21, 58:11, 62:14, 63:6, 63:17, 63:23, 64:25, 66:3, 66:6, 66:13, 66:16, 66:21, 66:25, 67:5, 67:8, 67:16, 68:25
**COURT** [139] - 1:1, 1:8, 2:11, 2:15, 2:22, 3:3, 3:11, 4:20, 4:23, 5:18, 6:2, 6:7, 6:15, 6:18, 6:20, 7:3, 7:7, 7:22, 7:25, 8:3, 8:7, 8:14, 8:20, 9:8, 9:12, 9:15, 9:17, 9:21, 9:24, 10:9, 10:12, 10:16, 10:19, 11:8, 11:11, 11:14, 11:18,

11:21, 12:5, 12:13, 12:22, 13:5, 13:8, 13:10, 14:10, 14:24, 15:9, 17:9, 17:12, 17:15, 17:23, 18:3, 19:4, 20:6, 21:19, 21:22, 21:25, 22:3, 22:13, 22:19, 22:23, 22:25, 24:6, 25:10, 25:13, 25:19, 25:21, 25:25, 26:3, 26:6, 26:14, 26:18, 26:24, 27:1, 27:13, 27:15, 27:18, 28:7, 28:17, 28:19, 28:22, 28:25, 29:2, 29:5, 29:16, 29:18, 29:23, 30:11, 31:15, 31:19, 32:2, 32:6, 32:9, 32:12, 35:17, 41:5, 41:11, 43:24, 44:2, 44:5, 44:7, 44:13, 44:18, 44:20, 45:4, 45:7, 45:12, 46:14, 46:18, 47:20, 47:23, 47:25, 48:14, 48:24, 49:19, 50:14, 50:17, 52:1, 52:4, 52:8, 52:10, 52:17, 52:22, 53:24, 54:7, 54:13, 54:15, 57:1, 58:7, 58:16, 58:19, 58:23, 59:1, 67:21, 68:2, 68:6, 68:10, 68:14, 68:16
**court** [7] - 2:24, 3:18, 3:21, 37:7, 38:20, 62:15, 63:5, 65:12
**Court's** [2] - 58:9, 67:22
**court-appropriate** [1] - 37:7
**court-issued** [1] - 3:21
**court-ordered** [1] - 65:12
**COURTROOM** [1] - 2:2
**covered** [1] - 55:15
**CPA** [1] - 66:9
**crack** [1] - 25:17
**crazy** [2] - 34:15, 34:18
**created** [1] - 43:8
**creating** [1] - 39:12
**credentials** [1] - 3:22
**credit** [3] - 17:19, 18:20, 18:23
**Crime** [2] - 7:10, 7:20
**crime** [1] - 64:10
**crimes** [2] - 55:4, 61:25

**criminal** [18] - 17:19, 17:21, 22:21, 22:22, 22:23, 23:4, 23:6, 23:7, 23:14, 39:15, 55:3, 59:2, 60:25, 61:7, 61:25, 62:3, 64:24, 65:18
**Criminal** [2] - 1:3, 2:3
**critical** [2] - 20:18, 62:1
**crowd** [5] - 13:15, 14:13, 33:7, 53:1, 57:17
**culpable** [2] - 32:16, 33:14
**cultural** [1] - 47:12
**culture** [1] - 47:5
**Curtis** [1] - 1:17
**custodial** [1] - 27:22
**cut** [1] - 13:8

## D

**D.C** [5] - 1:6, 37:6, 57:13, 66:10, 66:14
**damage** [2] - 16:11, 16:18
**damaging** [1] - 21:5
**darkly** [1] - 45:19
**data** [1] - 6:23
**date** [5] - 6:23, 6:25, 7:2, 44:14, 65:20
**Dated** [1] - 68:24
**days** [14] - 13:2, 16:1, 16:8, 16:20, 17:24, 23:12, 23:25, 27:23, 40:11, 59:3, 64:1, 64:15, 66:15, 67:8
**days'** [2] - 21:15, 38:25
**deal** [3] - 30:1, 36:8, 44:21
**debate** [2] - 46:7, 63:5
**debrief** [3] - 18:19, 25:9, 25:11
**December** [2] - 11:1, 57:7
**decided** [1] - 18:16
**deemed** [1] - 3:23
**deface** [1] - 59:16
**defaced** [1] - 39:3
**defacing** [1] - 21:6
**defendant** [40] - 3:5, 4:11, 4:15, 10:15, 10:25, 11:2, 13:10, 13:20, 14:3, 14:12, 14:16, 19:13, 19:18, 20:8, 22:5, 22:10, 22:11, 24:19, 24:20,

24:23, 27:25, 28:3, 35:7, 38:23, 41:6, 49:24, 55:5, 55:14, 55:24, 56:16, 57:4, 57:16, 59:1, 60:2, 60:11, 62:1, 62:5, 67:1, 68:7
**Defendant** [1] - 1:6
**DEFENDANT** [35] - 1:15, 2:17, 3:2, 5:16, 8:11, 8:19, 44:6, 44:8, 44:15, 44:19, 44:21, 45:6, 45:11, 45:14, 46:16, 46:19, 47:22, 47:24, 48:2, 48:17, 49:1, 50:1, 50:16, 50:18, 52:3, 52:5, 52:9, 52:11, 52:21, 52:24, 54:1, 56:25, 58:4, 67:23, 68:1
**defendant's** [10] - 7:12, 22:18, 23:15, 24:6, 25:14, 27:19, 62:18, 63:9, 65:17, 66:23
**Defendant's** [1] - 25:18
**defendants** [13] - 10:23, 15:6, 15:17, 19:5, 20:25, 22:12, 22:14, 22:19, 41:11, 55:10, 59:10, 59:22, 59:24
**Defender** [1] - 9:19
**Defender's** [1] - 1:15
**defense** [6] - 8:6, 21:13, 22:9, 23:18, 67:21, 68:14
**defined** [1] - 67:9
**deleted** [1] - 26:9
**deliberate** [1] - 60:22
**delved** [1] - 36:24
**demanding** [1] - 20:14
**democracy** [1] - 52:16
**democrats** [1] - 39:14
**demonstrating** [3] - 3:7, 55:25, 56:4
**demonstration** [1] - 56:7
**denial** [1] - 3:22
**denied** [2] - 25:8, 25:19
**denying** [1] - 25:23
**department** [1] - 6:11
**department's** [1] - 54:17
**DEPUTY** [1] - 2:2
**described** [1] - 41:12
**deserves** [3] - 13:22,

22:1, 22:3
**desire** [1] - 36:12
**desperation** [1] - 43:8
**despite** [4] - 18:15, 56:3, 57:20
**destroyed** [1] - 35:11
**destruction** [1] - 34:9
**detail** [1] - 15:2
**detailed** [2] - 11:4, 24:24
**detention** [8] - 15:22, 38:24, 39:10, 39:19, 39:20, 39:23, 64:1, 65:5
**deter** [3] - 55:3, 61:24, 62:5
**determinations** [1] - 5:24
**determine** [2] - 5:2, 55:17
**determined** [3] - 64:16, 64:25, 66:3
**determining** [2] - 32:20, 62:11
**deterred** [2] - 43:13, 43:15
**deterrence** [11] - 16:24, 17:2, 22:5, 27:22, 41:2, 41:7, 42:9, 43:16, 62:4, 62:17, 63:15
**deterring** [1] - 62:12
**devastating** [2] - 38:9, 38:10
**differences** [1] - 32:7
**different** [2] - 32:7, 40:19
**differently** [1] - 51:7
**difficult** [4] - 16:15, 33:16, 38:3, 38:15
**difficulty** [3] - 31:23, 31:24, 33:2
**directed** [1] - 65:7
**direction** [2] - 43:1, 67:3
**directly** [1] - 5:8
**disassembled** [1] - 68:22
**disbursement** [1] - 66:7
**disclose** [1] - 65:21
**disconnect** [2] - 43:8, 58:19
**discrepancies** [1] - 32:21
**discretion** [1] - 65:15
**discuss** [1] - 25:7
**discussed** [2] - 6:5, 31:23
**disgusting** [1] - 36:13

**disheartened** [1] - 52:14
**dishonor** [1] - 42:23
**dismiss** [2] - 68:3, 68:8
**disobeyed** [1] - 40:2
**disobeying** [1] - 21:3
**disparaging** [1] - 60:8
**disparities** [5] - 14:21, 15:19, 21:9, 55:10, 63:18
**disparity** [2] - 15:2, 63:12
**disperse** [1] - 14:15
**disrespect** [1] - 43:7
**disrupt** [1] - 62:7
**disrupted** [1] - 56:10
**disrupting** [2] - 19:20, 62:12
**distance** [1] - 39:2
**distinguish** [1] - 15:3
**distinguishes** [1] - 33:12
**distinguishing** [1] - 32:14
**district** [1] - 66:20
**DISTRICT** [3] - 1:1, 1:1, 1:8
**District** [4] - 1:16, 66:6, 66:13
**disturbing** [1] - 60:20
**dive** [1] - 51:5
**docketed** [5] - 4:6, 4:7, 4:10, 4:11, 4:17
**document** [2] - 27:11, 27:13
**documents** [7] - 4:4, 4:8, 4:18, 4:21, 8:17, 8:19, 40:7
**DOJ** [1] - 1:11
**DOJ-USAO** [1] - 1:11
**Donald** [1] - 49:15
**done** [3] - 43:11, 49:3, 54:4
**door** [5] - 17:5, 17:6, 17:10, 34:8, 57:18
**doors** [3] - 21:5, 28:4, 28:12
**doubtlessly** [1] - 41:3
**down** [10] - 6:24, 13:16, 14:3, 14:5, 17:14, 28:5, 47:23, 48:19, 53:18, 68:2
**dreading** [1] - 44:11
**drive** [1] - 51:11
**driving** [1] - 51:8
**drove** [2] - 30:3, 39:2
**drug** [3] - 61:11, 64:14, 64:16
**drunkenness** [1] -

61:1
**due** [2] - 63:16, 65:18
**DUI** [2] - 61:1, 61:3
**Durga** [1] - 47:17
**during** [6] - 7:14, 25:9, 25:11, 35:10, 46:10, 57:6

## E

**early** [2] - 11:1, 61:3
**Eastern** [1] - 1:16
**ECF** [5] - 4:7, 4:10, 4:11, 4:17
**educated** [1] - 61:14
**education** [1] - 65:10
**effect** [4] - 36:12, 38:8, 38:9, 38:10
**efficacy** [1] - 49:11
**egregious** [2] - 23:15, 59:21
**eight** [2] - 23:9, 23:11, 37:22
**either** [6] - 8:22, 12:2, 38:3, 49:2, 56:16, 57:23
**elaborate** [1] - 29:12
**election** [5] - 11:7, 48:21, 48:25, 56:12, 62:13
**ELIZABETH** [1] - 68:19
**Elizabeth** [2] - 1:21, 68:25
**Ellis** [1] - 47:7
**elsewhere** [1] - 38:3
**Email** [1] - 1:14, 1:19
**embarrassed** [3] - 35:15, 42:15, 52:14
**embarrassing** [1] - 54:4
**embarrassment** [1] - 42:22
**emotionally** [1] - 44:17
**employees** [1] - 40:25
**employment** [6] - 37:22, 37:24, 38:1, 38:2, 45:2, 65:10
**employs** [1] - 61:18
**encounter** [1] - 59:16
**encountering** [1] - 11:24
**encourage** [1] - 34:6
**encouraged** [1] - 34:3
**ended** [4] - 2:18, 2:19, 18:20, 38:20
**energized** [1] - 13:25
**enforcement** [7] -

16:18, 24:16, 25:5, 39:7, 39:16, 56:9, 59:17
**engage** [2] - 13:15, 27:7
**engaged** [5] - 19:14, 19:19, 32:4, 61:8, 62:15
**engaging** [1] - 62:6
**ensure** [2] - 15:17, 54:22
**enter** [1] - 59:12
**entered** [8] - 3:5, 7:15, 7:16, 33:22, 33:23, 33:24, 59:5, 67:10
**entering** [1] - 67:13
**enters** [2] - 34:7, 67:8
**entertained** [1] - 31:3
**entity** [1] - 35:17
**entrance** [2] - 59:6, 60:5
**entry** [2] - 3:22, 60:22
**environment** [2] - 42:21, 46:24
**environmental** [1] - 58:14
**equal** [1] - 65:19
**equipment** [1] - 12:2
**Eric** [1] - 39:20
**error** [1] - 10:6
**establish** [1] - 64:6
**etc** [1] - 1:24
**evacuated** [2] - 14:8, 14:11
**evacuation** [1] - 20:19
**evaluate** [1] - 21:11
**evaluating** [3] - 19:9, 32:13, 61:23
**evaluation** [1] - 15:16
**eve** [1] - 36:18
**event** [2] - 31:9, 57:23
**events** [3] - 24:17, 60:12, 62:19
**evidence** [3] - 12:17, 35:11
**evolution** [1] - 43:10
**exactly** [4] - 26:10, 33:10, 34:12, 42:4
**example** [3] - 19:18, 27:8, 29:25
**exasperation** [1] - 45:15
**except** [1] - 65:10
**excused** [1] - 68:16
**excuses** [1] - 40:3
**execute** [1] - 66:21
**executing** [1] - 12:6
**exhausting** [1] - 44:17
**Exhibit** [1] - 4:16

exhibit [1] - 9:1
exist [1] - 32:23
expect [2] - 24:8, 40:13
expectations [1] - 64:7
experience [2] - 18:22, 48:23
explain [4] - 5:11, 7:7, 14:19, 54:8
exploited [1] - 39:11
explore [1] - 29:21
express [3] - 18:24, 19:16, 40:16
expressed [1] - 19:5
expressing [1] - 49:8
expression [1] - 18:22
expressions [2] - 24:6, 58:10
external [1] - 42:6
extra [1] - 57:19
extraordinary [1] - 24:1
extremely [2] - 52:14, 54:4
eyebrow [1] - 12:24
eyebrow-raising [1] - 12:24

## F

face [1] - 12:7
Facebook [19] - 11:2, 11:8, 13:11, 13:25, 26:8, 26:10, 27:9, 46:1, 49:7, 49:17, 50:23, 52:13, 57:5, 57:7, 57:11, 59:8, 60:2, 60:17, 62:23
facilitate [2] - 42:21, 58:14
fact [10] - 8:25, 32:13, 34:19, 37:6, 39:11, 39:17, 39:22, 40:6, 40:18, 41:21
fact-specific [1] - 32:13
factor [8] - 12:13, 16:23, 22:5, 24:23, 27:21, 33:21, 34:5, 39:23
factors [8] - 5:12, 9:5, 10:21, 15:3, 16:23, 22:16, 54:21, 63:20
facts [2] - 16:10, 40:19
factual [3] - 5:24, 6:8, 8:23
fair [1] - 15:18
fairly [3] - 24:1, 46:21,

61:7
false [1] - 28:5
falsifying [1] - 40:7
familiar [1] - 10:3
families [1] - 38:10
family [8] - 17:3, 37:18, 38:5, 38:9, 40:25, 42:13, 53:8
far [4] - 21:2, 23:13, 23:14, 59:20
fashion [2] - 19:16, 19:23
fashioning [3] - 9:4, 10:22, 15:18
fault [2] - 35:17, 35:18
FBI [3] - 7:24, 25:16, 39:2
FCRR [1] - 1:21, 68:19, 68:25
Federal [2] - 1:15, 9:19
federal [4] - 2:24, 15:14, 59:2, 64:9
feet [1] - 34:8
fellow [2] - 43:9, 47:2
felonies [1] - 20:14
felt [3] - 30:21, 42:2, 52:6
few [2] - 16:7, 38:22
fiancée [2] - 37:4, 37:5
field [1] - 53:22
fight [2] - 22:7, 62:22
figure [1] - 41:8
file [2] - 67:7, 67:16
final [1] - 5:20
financial [5] - 65:23, 65:24, 65:25, 66:12, 66:17
Financial [1] - 66:8
findings [1] - 8:25
fine [2] - 64:22, 64:24
fingerprint [2] - 7:22, 7:24
fingerprints [1] - 7:12
firearm [1] - 40:7
fireworks [2] - 57:6, 57:13
first [11] - 3:25, 5:2, 5:19, 9:6, 10:24, 14:6, 14:11, 17:15, 30:11, 33:21, 33:23
First [1] - 56:7
fit [2] - 48:5, 48:6
five [3] - 11:6, 28:1, 30:2
flag [1] - 40:15
flak [1] - 12:1
flash [1] - 39:24
flash-bangs [1] - 39:24

floats [1] - 51:21
follow [2] - 33:19, 59:3
followed [2] - 18:13, 38:24
following [5] - 41:12, 57:17, 64:5, 64:21, 66:7
follows [2] - 13:15, 65:19
foot [1] - 2:20
footage [2] - 4:12, 59:7
FOR [3] - 1:1, 1:10, 1:15
Ford [1] - 66:9
foregoing [1] - 68:19
forest [1] - 31:25
form [2] - 15:24, 62:4
former [6] - 11:12, 13:25, 35:4, 39:13, 45:9, 46:4
forming [1] - 50:10
forthright [1] - 25:2
forward [11] - 2:7, 5:15, 6:15, 9:8, 28:23, 44:2, 44:5, 44:10, 44:11, 44:13, 44:16
four [3] - 49:3, 56:13, 64:18
fox [27] - 2:15, 4:23, 6:7, 6:12, 7:18, 8:8, 11:6, 16:24, 17:2, 18:9, 18:14, 24:16, 29:1, 30:1, 36:2, 36:15, 36:16, 40:20, 40:22, 41:18, 43:25, 45:5, 49:23, 50:14, 52:1, 53:25, 57:2
Fox [8] - 2:4, 2:14, 3:5, 22:15, 44:2, 44:5, 44:18, 63:23
FOX [1] - 1:5
fox's [7] - 18:20, 29:8, 35:18, 43:10, 54:18, 54:20, 55:8
FPD [1] - 9:22
framework [2] - 33:18, 33:20
frankly [3] - 31:11, 36:7, 37:25
Franks [2] - 2:9, 33:24
FRANKS [64] - 1:11, 2:9, 2:12, 4:19, 6:1, 9:7, 10:2, 10:11, 10:14, 10:18, 10:20, 11:10, 11:13, 11:15, 11:20, 12:4, 12:12, 12:16, 13:4, 13:7, 13:9, 14:9, 14:23,

14:25, 16:22, 17:11, 17:13, 17:17, 18:2, 18:4, 20:5, 21:18, 21:20, 21:24, 22:2, 22:4, 22:14, 22:21, 22:24, 24:5, 24:22, 25:11, 25:15, 25:20, 25:24, 26:2, 26:5, 26:7, 26:17, 26:22, 26:25, 27:10, 27:14, 27:17, 27:25, 28:9, 28:18, 28:21, 54:11, 54:14, 67:20, 68:5, 68:8, 68:13
franks [9] - 2:11, 9:6, 9:13, 28:20, 34:10, 41:22, 41:23, 42:2, 54:10
fraud [1] - 57:9
Free [1] - 47:6
free [1] - 11:4
friends [5] - 17:4, 18:5, 31:15, 49:20, 50:25
frustrated [1] - 51:9
frustrating [2] - 18:21, 45:24
frustration [1] - 49:8
fuel [1] - 31:9
full [2] - 66:17, 68:20
fully [3] - 6:18, 8:9, 24:20
fulsome [2] - 26:15, 26:16
function [1] - 62:10
fundraise [1] - 39:18
future [7] - 3:22, 19:10, 54:5, 55:4, 58:1, 62:6, 62:12

## G

gain [1] - 60:5
gainful [1] - 37:24
game [1] - 39:12
gas [1] - 12:6
gate [1] - 37:10
gear [3] - 11:25, 12:18, 34:24
general [3] - 17:2, 43:15, 55:15
generations [1] - 54:6
given [10] - 7:2, 20:13, 20:15, 22:10, 22:11, 24:3, 24:8, 24:14, 35:3, 63:9
glad [2] - 2:15, 2:22
goal [2] - 43:14, 43:15
goggles [1] - 12:5

Goodman [2] - 14:12, 14:13
government [53] - 2:8, 4:13, 4:18, 5:3, 5:6, 5:23, 8:18, 10:4, 14:16, 15:7, 15:11, 15:21, 15:24, 16:1, 16:5, 16:8, 16:19, 17:23, 18:12, 20:11, 20:14, 20:24, 21:13, 21:22, 23:11, 23:18, 24:7, 27:3, 27:13, 27:15, 27:19, 27:23, 33:21, 35:19, 35:22, 35:23, 36:2, 36:5, 36:7, 39:21, 42:10, 48:10, 49:19, 54:20, 55:18, 62:25, 63:5, 67:19, 67:20, 68:3, 68:8, 68:12
GOVERNMENT [1] - 1:10
government's [14] - 4:9, 4:14, 10:9, 10:12, 12:25, 13:1, 14:18, 20:23, 21:14, 21:16, 33:17, 33:19, 40:22, 59:23
GPS [1] - 38:25
graduated [1] - 61:15
grand [1] - 50:13
grand-kids [1] - 50:13
granted [1] - 68:10
great [3] - 8:12, 30:1, 42:22
greater [1] - 54:23
greatest [1] - 43:5
Green [2] - 36:22, 46:22
Griffith [1] - 39:9
grounds [1] - 32:3
group [4] - 33:6, 51:24, 51:25, 53:16
growing [2] - 23:19, 59:23
Gruppo [1] - 39:21
guess [4] - 13:16, 18:2, 39:13, 44:11
guidelines [1] - 15:14
guilty [11] - 3:6, 10:15, 31:25, 32:18, 37:1, 40:15, 40:21, 55:11, 60:21, 61:6, 67:14
gun [1] - 39:3
guns [1] - 11:25
guy [3] - 47:9, 49:5, 53:2
guys [4] - 44:24, 45:1, 45:5, 50:23

## H

**H2-205B** [1] - 66:10
**half** [3] - 23:12, 30:2
**hand** [1] - 33:14
**handful** [2] - 16:7, 16:8
**happy** [1] - 31:18
**hard** [1] - 47:21
**hardship** [1] - 37:17
**harm** [1] - 36:14
**harmful** [1] - 36:14
**harming** [1] - 54:3
**hate** [1] - 49:3
**health** [6] - 38:5, 43:2, 43:20, 43:21, 65:11, 67:1
**hear** [4] - 5:6, 9:3, 43:25, 52:25
**heard** [5] - 39:24, 42:13, 56:15, 58:17
**hearing** [1] - 1:23, 3:9, 3:16, 4:1, 4:2, 4:9, 4:24, 5:1, 8:22, 9:2, 54:20
**hearings** [1] - 3:23
**heavily** [1] - 62:14
**heaving** [1] - 33:9
**held** [4] - 1:23, 3:19, 11:23, 62:8
**helmet** [1] - 40:14
**helmets** [1] - 34:24
**help** [5] - 42:5, 42:21, 53:9, 53:12, 58:13
**helped** [3] - 14:3, 14:5, 31:9
**helping** [1] - 56:18
**helps** [4] - 14:12, 15:15, 37:15, 41:7
**hereby** [2] - 63:24, 68:19
**hero** [3] - 18:7, 50:15, 50:19
**high** [2] - 3:10, 61:15
**high-pitched** [1] - 3:10
**highlight** [1] - 38:21, 41:4, 58:11
**highlighting** [1] - 38:17
**highlights** [1] - 62:4
**himself** [6] - 17:21, 30:8, 33:24, 38:2, 40:1, 42:5
**Hindu** [4] - 36:23, 36:24, 47:18, 48:3
**Hinduism** [1] - 48:4
**history** [8] - 17:20, 23:4, 23:14, 55:8, 60:24, 60:25, 61:7,

61:9
**Hobbs** [1] - 33:14
**hold** [2] - 9:9, 29:22
**holding** [1] - 11:12
**holistically** [1] - 30:7
**home** [13] - 15:21, 30:3, 30:5, 37:5, 37:9, 37:18, 38:23, 39:10, 39:19, 39:20, 39:23, 64:1, 65:5
**homework** [1] - 37:16
**honest** [2] - 12:24, 48:17
**Honor** [78] - 2:5, 2:13, 2:17, 4:19, 4:22, 5:16, 6:1, 6:6, 6:10, 6:17, 6:22, 7:5, 7:9, 8:2, 9:10, 9:16, 9:20, 10:1, 10:2, 10:11, 10:20, 11:15, 13:4, 14:23, 14:25, 17:11, 18:2, 18:4, 21:20, 24:5, 25:20, 26:25, 27:14, 27:17, 28:18, 28:21, 28:24, 29:4, 29:14, 29:17, 29:24, 31:18, 31:22, 32:11, 32:17, 32:20, 33:20, 34:5, 34:6, 34:20, 35:8, 35:14, 36:10, 36:20, 37:25, 38:12, 38:18, 38:22, 40:5, 41:4, 41:10, 41:15, 43:23, 44:1, 44:4, 44:6, 44:19, 45:11, 48:18, 52:3, 54:2, 58:5, 58:18, 58:22, 67:24, 68:5, 68:13
**Honor's** [2] - 31:21, 38:18
**HONORABLE** [1] - 1:8
**hope** [2] - 43:5, 57:9
**hoped** [1] - 12:20
**hopefully** [1] - 58:4
**hopes** [1] - 12:14
**hoping** [1] - 13:13
**hours** [2] - 30:2, 38:25
**House** [2] - 59:14, 66:9
**HOWELL** [1] - 1:8
**huge** [1] - 41:18
**hum** [1] - 52:9
**hundreds** [1] - 32:14
**hundredth** [1] - 51:16
**Hurst** [1] - 1:12
**hype** [1] - 30:23

## I

**idea** [1] - 47:2
**identify** [2] - 47:18, 48:4
**identifying** [1] - 6:23
**idols** [1] - 48:3
**ill** [1] - 35:2
**immeasurable** [2] - 37:19, 38:8
**immediately** [2] - 51:10, 66:12
**importance** [1] - 62:12
**important** [5] - 15:16, 32:12, 41:7, 43:4, 49:21
**impose** [7] - 5:11, 54:9, 54:23, 62:11, 63:6, 63:12
**imposed** [8] - 5:11, 55:1, 61:24, 63:20, 64:6, 67:5, 67:11, 67:18
**imposes** [1] - 66:25
**impossible** [1] - 45:1
**impression** [1] - 56:5
**imprisonment** [2] - 63:1, 67:6
**incarcerating** [1] - 38:8
**incarceration** [13] - 13:3, 17:24, 18:13, 20:3, 20:6, 21:15, 23:12, 24:13, 40:11, 40:18, 63:7, 63:13
**incident** [1] - 31:10
**include** [6] - 6:11, 54:25, 64:8
**includes** [3] - 24:13, 64:12, 66:20
**including** [7] - 3:19, 3:21, 4:9, 23:4, 26:1, 38:24, 60:4
**inconsistent** [1] - 21:15
**incredibly** [1] - 36:14
**independent** [1] - 37:23
**indicate** [1] - 29:8
**indicates** [2] - 6:12, 19:8
**indicating** [4] - 7:18, 7:19, 27:21, 57:5
**indication** [1] - 43:10
**indicator** [1] - 45:20
**individual** [8] - 33:2, 33:22, 36:3, 36:5, 39:1, 39:10, 39:18, 40:23

**individual's** [1] - 36:4
**individuals** [10] - 18:5, 31:11, 33:7, 37:23, 38:2, 38:11, 39:15, 39:25, 62:15
**indulgence** [1] - 67:22
**ineffective** [1] - 67:13
**inflammatory** [1] - 46:6
**inform** [1] - 36:2
**Information** [2] - 7:10, 7:20
**information** [14] - 3:6, 7:11, 7:13, 7:16, 7:19, 36:4, 36:6, 63:25, 65:23, 65:24, 65:25, 67:12, 68:6, 68:9
**infractions** [1] - 61:6
**inputs** [1] - 7:13
**inside** [20] - 4:12, 13:21, 13:24, 14:12, 16:11, 16:16, 18:1, 20:16, 20:17, 21:6, 23:9, 23:10, 24:3, 30:18, 30:19, 35:7, 59:9, 59:12, 63:10
**insiders** [1] - 30:20
**insofar** [1] - 35:16
**installments** [1] - 65:19
**instant** [1] - 61:11
**instead** [3] - 2:19, 20:22, 55:18
**intentions** [1] - 54:2
**interactions** [2] - 16:14, 16:18
**interest** [4] - 65:1, 65:2, 65:3, 66:4
**interesting** [2] - 29:20, 34:10
**interestingly** [1] - 36:22
**interference** [1] - 1:24
**intermediate** [1] - 61:4
**intermittent** [4] - 40:11, 63:6, 63:14
**interruption** [1] - 3:10
**interview** [2] - 24:17, 24:24
**interviewed** [1] - 24:8
**investigation** [8] - 4:6, 5:4, 5:20, 6:5, 8:16, 8:24, 54:16, 66:19
**investigators** [1] - 40:16
**involved** [1] - 23:17
**involvement** [2] - 42:21, 58:13
**Island** [1] - 47:7

**issue** [2] - 35:11, 63:3
**issued** [2] - 3:21, 13:13
**issues** [1] - 8:12
**iteration** [1] - 38:13
**itself** [2] - 27:4, 62:8

## J

**Jack** [1] - 39:9
**jackets** [1] - 12:1
**jail** [3] - 15:7, 41:1, 44:25
**James** [1] - 38:22
**January** [32] - 5:22, 10:23, 11:9, 19:18, 20:11, 23:5, 24:18, 28:8, 30:11, 31:9, 33:1, 45:8, 48:15, 49:24, 49:25, 52:19, 56:6, 57:4, 57:11, 57:12, 57:15, 58:1, 59:4, 59:25, 60:2, 60:12, 60:19, 62:3, 62:8, 62:16, 62:19, 62:23
**JAYARAMAN** [43] - 1:15, 2:13, 4:22, 6:6, 6:10, 6:17, 6:19, 6:21, 8:2, 8:5, 9:10, 9:13, 9:16, 9:19, 9:23, 10:1, 28:24, 29:1, 29:4, 29:14, 29:17, 29:19, 29:24, 30:13, 31:17, 31:20, 32:5, 32:8, 32:11, 32:17, 36:1, 41:10, 41:14, 44:1, 44:4, 58:5, 58:8, 58:18, 58:22, 58:25, 67:22, 67:24, 68:15
**Jayaraman** [4] - 2:14, 4:20, 6:4, 9:17
**job** [5] - 23:17, 38:3, 52:23, 53:13, 56:21
**jobs** [1] - 52:20
**joined** [1] - 57:16
**joke** [1] - 30:18
**jokes** [1] - 30:15
**judge** [8] - 3:24, 14:19, 15:12, 19:7, 21:9, 23:20, 41:8, 62:2
**JUDGE** [1] - 1:8
**judges** [3] - 15:17, 20:5, 62:14
**judgment** [4] - 58:2, 63:23, 65:21, 67:8
**Julie** [1] - 1:12

75

**June** [1] - 68:24

## K

**Kathy** [1] - 66:9
**keep** [2] - 44:20, 56:9
**kept** [2] - 30:10, 30:14
**key** [1] - 10:21
**kids** [5] - 37:12, 44:22, 50:13, 58:1, 58:2
**kind** [16] - 9:13, 12:11, 31:13, 34:23, 40:23, 41:20, 42:3, 46:5, 46:8, 47:13, 50:11, 51:9, 51:17, 52:15, 53:3, 62:6
**knives** [2] - 11:25, 16:12
**knock** [1] - 62:21
**knowledge** [1] - 8:11
**knows** [2] - 28:3, 34:10

## L

**labels** [3] - 47:13, 48:5, 48:6
**labor** [1] - 44:24
**lack** [1] - 32:6
**Lakshmi** [1] - 47:17
**language** [1] - 30:19
**last** [9] - 5:10, 14:2, 40:5, 42:18, 42:20, 43:5, 48:20, 48:22, 50:11
**late** [2] - 60:10, 62:19
**late..** [1] - 44:9
**law** [11] - 16:18, 24:16, 25:5, 39:6, 39:16, 42:12, 55:2, 56:8, 56:24, 59:16, 61:22
**law-abiding** [1] - 61:22
**lawyer** [1] - 5:7
**learned** [1] - 19:11
**learns** [1] - 43:6
**least** [5] - 33:1, 41:15, 52:17, 60:10, 64:15
**leave** [4] - 18:10, 34:19, 36:7, 53:22
**leaves** [1] - 13:18, 14:15
**leaving** [2] - 16:6, 39:4
**led** [1] - 30:6
**left** [11] - 17:19, 18:10, 20:9, 21:7, 32:10, 33:14, 34:16, 34:19, 39:7, 59:8

**lefties** [1] - 60:7
**legal** [3] - 8:12, 63:3, 63:5
**legitimate** [2] - 37:21, 51:20
**length** [1] - 35:7
**lengthy** [1] - 63:15
**Leonard** [1] - 39:21
**less** [10] - 15:7, 16:1, 16:6, 20:24, 23:12, 24:8, 40:20, 47:4, 48:10, 59:20
**lesson** [2] - 19:11, 43:6
**letter** [11] - 4:14, 18:21, 19:1, 41:4, 42:10, 52:1, 54:18, 56:16, 58:16, 58:20, 58:23
**level** [1] - 44:25
**levels** [1] - 38:5
**liberty** [2] - 38:12, 38:17
**lie** [3] - 28:14, 50:1, 60:14
**lied** [1] - 40:2
**lies** [2] - 60:12, 60:18
**life** [2] - 2:25, 37:11
**light** [2] - 39:15, 62:18
**limitations** [1] - 1:23
**limited** [4] - 25:22, 26:20, 27:1, 55:18
**line** [5] - 3:11, 3:13, 3:17, 14:14, 24:1
**lingo** [1] - 30:16
**list** [3] - 20:23, 59:23, 59:24
**listed** [1] - 59:23
**listen** [1] - 3:12
**listening** [3] - 3:15, 3:16, 18:6
**literally** [1] - 40:12
**littered** [1] - 37:9
**live** [3] - 21:8, 33:4, 46:25
**lives** [5] - 30:2, 37:5, 37:8, 48:10, 48:11
**loathe** [1] - 35:15
**local** [1] - 64:10
**located** [1] - 9:18
**location** [2] - 65:7, 65:14
**location-monitoring** [1] - 65:14
**Lollis** [1] - 38:23
**look** [11] - 9:14, 11:21, 16:10, 21:2, 30:10, 30:17, 32:21, 42:9, 49:13, 49:17, 57:22
**looked** [4] - 4:2, 4:12,

16:4, 33:8
**looking** [14] - 4:3, 4:4, 16:3, 23:1, 31:8, 31:15, 35:24, 38:17, 44:10, 44:11, 44:13, 44:15, 45:13, 45:14
**loss** [1] - 66:11
**lost** [1] - 2:18
**Loth** [2] - 1:21, 68:25
**LOTH** [1] - 68:19
**loud** [1] - 39:24
**Louis** [1] - 1:13
**Lrm** [1] - 1:12

## M

**ma'am** [1] - 44:19
**machine** [1] - 1:25
**mail** [1] - 49:8
**mail-in** [1] - 49:8
**major** [1] - 46:9
**malcontents** [1] - 62:12
**man** [4] - 18:8, 19:1, 35:15, 50:25
**mandated** [2] - 19:21, 20:20
**mandatory** [2] - 64:5, 64:8
**manner** [1] - 68:22
**March** [1] - 38:14
**marijuana** [2] - 61:10, 64:12
**mask** [3] - 6:20, 29:16, 44:20
**mass** [1] - 56:8
**match** [1] - 7:22
**matches** [1] - 7:24
**matter** [8] - 2:2, 20:16, 20:17, 38:22, 39:11, 40:6, 43:18, 63:5
**maximum** [1] - 67:6
**McDonald's** [1] - 45:2
**meals** [1] - 37:14
**mean** [23] - 12:14, 19:4, 22:25, 27:24, 30:18, 32:18, 33:15, 40:20, 44:15, 44:21, 45:21, 46:19, 47:18, 49:9, 49:12, 50:2, 50:18, 51:1, 51:20, 51:22, 51:23, 52:11, 53:3
**means** [1] - 30:17
**meant** [2] - 32:19, 46:6
**measure** [1] - 40:24
**media** [12] - 3:21, 22:6, 24:19, 25:25,

26:8, 34:5, 36:9, 39:5, 45:18, 47:9, 60:11, 62:18
**medical** [1] - 65:11
**medication** [2] - 43:3, 67:2
**medications** [1] - 43:21
**meek** [1] - 42:24
**meet** [1] - 14:14
**meeting** [1] - 41:23
**megaphone** [1] - 51:17
**member** [2] - 31:1, 60:18
**members** [2] - 17:24, 60:4
**memo** [7] - 4:16, 10:4, 10:10, 10:13, 11:9, 12:25, 29:7
**memoranda** [4] - 4:10, 41:16, 54:16
**memorandum** [1] - 24:25
**memorialize** [1] - 57:24
**mental** [6] - 38:5, 43:2, 43:19, 43:20, 65:11, 67:1
**mentioned** [2] - 47:25, 55:24
**mere** [1] - 24:3
**merit** [1] - 14:1
**message** [1] - 60:6
**messages** [1] - 52:13
**mete** [1] - 12:2
**might** [4] - 18:6, 26:1, 50:24, 56:4
**military** [2] - 39:22, 40:14
**mind** [6] - 21:22, 23:13, 46:10, 46:12, 46:14, 46:17
**mine** [2] - 46:6, 47:4
**minimal** [1] - 26:19
**minor** [1] - 61:7
**minute** [1] - 56:25
**minutes** [18] - 13:17, 13:21, 13:23, 13:24, 14:18, 15:7, 16:11, 16:16, 17:9, 17:19, 20:9, 23:9, 23:11, 24:3, 35:9, 59:8, 63:10
**misdemeanor** [2] - 14:5, 56:2
**mistake** [1] - 7:2
**misunderstanding** [1] - 38:20
**mitigating** [1] - 24:23

**MO** [1] - 1:13
**moaning** [1] - 60:7
**mob** [8] - 17:25, 20:18, 56:10, 56:19, 57:16, 57:25, 59:18, 60:4
**mocked** [1] - 39:15
**modest** [1] - 37:9
**mom** [3] - 34:11, 34:13, 35:6
**moment** [1] - 37:10
**monetary** [1] - 65:18
**money** [1] - 39:17
**monitoring** [4] - 38:25, 65:7, 65:14, 65:16
**monthly** [1] - 65:19
**months** [11] - 28:11, 38:23, 38:24, 39:9, 39:10, 39:18, 39:20, 39:23, 63:24, 64:1, 65:6
**morning** [9] - 2:11, 2:12, 2:13, 2:16, 3:1, 3:4, 4:3, 7:5, 10:2
**most** [6] - 26:19, 32:24, 38:13, 43:4, 43:9, 62:8
**mother** [2] - 18:9, 18:11
**motion** [2] - 68:3, 68:10
**motorcycle** [1] - 40:8
**move** [1] - 5:15
**Movers** [1] - 37:21
**moves** [1] - 68:8
**moving** [3] - 44:23, 53:4, 61:18
**MR** [63] - 2:9, 2:12, 4:19, 6:1, 9:7, 10:2, 10:11, 10:14, 10:18, 10:20, 11:10, 11:13, 11:15, 11:20, 12:4, 12:12, 12:16, 13:4, 13:7, 13:9, 14:9, 14:23, 14:25, 16:22, 17:11, 17:13, 17:17, 18:2, 18:4, 20:5, 21:18, 21:20, 21:24, 22:2, 22:4, 22:14, 22:21, 22:24, 24:5, 24:22, 25:11, 25:15, 25:20, 25:24, 26:2, 26:5, 26:7, 26:17, 26:22, 26:25, 27:10, 27:14, 27:17, 27:25, 28:9, 28:18, 28:21, 54:11, 54:14, 67:20, 68:5, 68:8, 68:13
**MS** [45] - 2:13, 4:22,

6:6, 6:10, 6:17, 6:19, 6:21, 7:5, 7:9, 7:23, 8:2, 8:5, 9:10, 9:13, 9:16, 9:19, 9:23, 10:1, 28:24, 29:1, 29:4, 29:14, 29:17, 29:19, 29:24, 30:13, 31:17, 31:20, 32:5, 32:8, 32:11, 32:17, 36:1, 41:10, 41:14, 44:1, 44:4, 58:5, 58:8, 58:18, 58:22, 58:25, 67:22, 67:24, 68:15
**murdered** [1] - 28:1
**murdering** [2] - 28:15, 60:15
**must** [11] - 35:23, 64:9, 64:11, 64:13, 64:14, 64:18, 65:5, 65:15, 65:21, 65:22, 67:7
**Mythri** [1] - 2:14
**MYTHRI** [1] - 1:15
**mythri_jayaraman@fd.org** [1] - 1:19

## N

**name** [1] - 36:4
**names** [2] - 2:7, 47:25
**Narayana** [1] - 47:16
**nation's** [1] - 57:6
**National** [2] - 7:10, 7:20
**nature** [1] - 55:7, 55:23
**NCIC** [1] - 6:25
**necessarily** [2] - 19:22, 20:3
**necessary** [2] - 3:23, 54:24
**need** [9] - 27:21, 32:21, 42:6, 43:11, 54:25, 55:9, 55:11, 61:24, 62:4
**needs** [2] - 38:5, 38:6
**negative** [1] - 61:13
**never** [11] - 7:1, 25:13, 30:9, 30:20, 45:14, 46:16, 46:18, 48:12, 49:4, 52:14, 54:2
**new** [2] - 43:1, 67:11
**newer** [1] - 30:16
**news** [1] - 57:23
**NEWTON** [4] - 1:20, 7:5, 7:9, 7:23
**Newton** [2] - 2:5, 7:6
**next** [3] - 11:6, 42:18,
57:12
**next-to-the-last** [1] -
42:18
**night** [1] - 37:16
**none** [3] - 32:23, 34:25, 36:25
**nonetheless** [2] -
19:2, 34:2
**North** [1] - 47:5
**northeast** [2] - 2:19
**Northwest** [1] - 66:14
**northwest** [1] - 2:19
**note** [1] - 31:22
**noted** [2] - 61:10, 67:19
**notes** [2] - 34:10, 68:20
**nothing** [3] - 34:21, 34:22, 68:15
**noticed** [2] - 7:8, 8:4
**notify** [1] - 66:15
**nuclear** [1] - 38:9
**null** [1] - 68:21
**number** [5] - 4:8, 16:4, 18:23, 59:10, 59:22
**numbered** [1] - 42:18
**numbers** [3] - 7:24, 16:3, 23:19

## O

**objection** [2] - 5:23, 8:22
**objections** [8] - 5:3, 5:5, 6:8, 8:6, 67:18, 67:20, 67:23, 67:24
**obligation** [2] - 21:8, 66:17
**obligations** [2] -
65:12, 66:12
**observed** [1] - 57:18
**obtained** [2] - 26:7, 26:23
**occurred** [1] - 24:9
**odd** [1] - 40:3
**OF** [3] - 1:1, 1:3, 1:7
**offense** [2] - 3:6, 14:4, 15:23, 16:5, 19:9, 20:23, 23:2, 27:3, 27:5, 55:1, 55:3, 55:7, 55:12, 55:15, 55:24, 56:2, 60:23, 61:11, 62:25, 63:4, 67:14
**offenses** [2] - 15:13, 15:20
**offer** [2] - 35:19, 35:20
**offers** [1] - 20:13
**Office** [8] - 1:15, 65:8,
65:13, 65:15, 65:25, 66:8, 66:9, 66:20
**office** [11] - 5:21, 7:4, 7:13, 21:13, 23:10, 47:18, 49:16, 59:13, 66:18, 66:23, 67:3
**office's** [2] - 4:5, 8:16
**officer** [8] - 28:15, 53:6, 53:13, 60:15, 64:17, 65:21, 65:22, 65:24
**Officer** [5] - 1:20, 2:5, 14:12, 14:13, 66:8
**officer's** [1] - 40:8
**officers** [10] - 14:14, 16:13, 16:15, 21:3, 21:4, 39:7, 53:8, 53:10, 59:17
**official** [1] - 68:25
**Official** [1] - 1:22
**old** [2] - 61:2, 61:7
**one** [35] - 6:12, 9:9, 10:4, 10:24, 12:23, 14:6, 14:25, 16:22, 18:12, 20:20, 23:1, 23:23, 24:8, 24:22, 27:3, 30:4, 30:14, 30:20, 30:23, 31:22, 33:8, 39:7, 39:25, 41:12, 41:15, 46:10, 46:24, 53:15, 56:15, 58:6, 64:9, 64:14
**ones** [1] - 22:9
**online** [2] - 46:5, 49:22
**open** [4] - 28:12, 40:6, 47:7, 68:4
**opinion** [1] - 49:1
**opportunity** [1] -
18:14
**opposed** [2] - 22:15, 30:7
**Order** [1] - 3:18
**order** [3] - 55:21, 58:3, 66:21
**ordered** [5] - 41:19, 64:2, 64:22, 65:12, 66:1
**organic** [1] - 33:9
**organism** [1] - 33:8
**outlier** [1] - 24:1
**outline** [1] - 15:1
**outside** [1] - 37:10
**outstanding** [1] - 6:7
**overinflated** [1] -
45:15
**overwhelmed** [1] -
56:8
**owed** [1] - 55:13
**own** [17] - 37:20, 38:8,
39:11, 40:22, 40:23, 40:24, 41:19, 41:20, 42:10, 42:16, 43:10, 43:14, 43:15, 44:23, 48:11, 57:21
**owns** [1] - 37:20

## P

**p.m** [1] - 14:7
**PA** [2] - 1:16, 1:18
**page** [9] - 6:13, 6:22, 10:5, 10:8, 10:9, 10:12, 42:17, 42:18, 42:20
**paid** [1] - 66:17
**papers** [1] - 4:1
**parade** [1] - 56:7
**parading** [7] - 3:7, 16:5, 20:23, 23:3, 48:14, 55:25, 56:4
**paragraph** [1] - 43:5
**parents** [1] - 33:3
**parsing** [1] - 33:2
**part** [13] - 6:22, 14:13, 16:20, 27:1, 27:4, 30:24, 31:7, 33:2, 35:20, 36:1, 37:25, 57:8, 59:18
**participate** [1] - 30:22
**participating** [1] -
23:5
**participation** [2] -
60:1, 60:3
**particular** [1] - 56:18
**particularly** [3] -
11:22, 15:13, 41:11
**parties** [2] - 9:3, 54:18
**parts** [4] - 5:3, 6:8, 33:15, 33:16
**party** [1] - 68:22
**Party** [2] - 36:23, 46:23
**passcode** [2] - 25:9, 27:6, 27:12
**passion** [1] - 46:5
**past** [2] - 17:6, 17:19
**pastors** [1] - 51:22
**patriotic** [5] - 19:19, 52:23, 52:25, 56:22
**patriots** [2] - 56:23, 62:21
**pay** [10] - 31:21, 37:21, 64:2, 64:22, 64:24, 65:1, 65:2, 65:15, 65:17, 66:3
**payable** [1] - 66:12
**payment** [2] - 55:21, 65:18, 65:19
**payments** [1] - 66:5
**peaceful** [4] - 40:13, 56:13, 62:7, 62:13
**penalties** [2] - 65:3, 65:18
**Pennsylvania** [1] -
57:3
**people** [41] - 2:23, 11:5, 11:7, 14:6, 14:11, 17:16, 19:25, 20:15, 24:10, 28:1, 30:15, 32:7, 32:14, 38:4, 39:16, 45:18, 46:9, 46:20, 46:23, 47:14, 48:6, 48:11, 49:3, 49:4, 50:1, 50:9, 50:14, 50:24, 51:5, 51:13, 52:18, 52:21, 53:12, 53:16, 53:18, 53:21, 56:9, 57:8, 57:18, 60:8, 61:19
**people's** [1] - 48:10
**per** [1] - 6:25
**perfectly** [1] - 48:17
**perform** [2] - 56:13, 62:9
**perhaps** [3] - 19:11, 31:9, 43:3
**period** [9] - 13:1, 20:3, 20:6, 61:5, 63:6, 63:15, 65:5, 65:20, 67:6
**periodic** [1] - 64:16
**periods** [1] - 20:1
**permanent** [1] - 59:2
**permission** [1] - 67:16
**permitted** [1] - 63:7
**person** [10] - 3:9, 7:15, 19:14, 25:1, 30:6, 35:17, 41:8, 50:5, 51:16, 53:3
**personal** [2] - 35:16, 38:9
**persons** [1] - 16:14
**petty** [15] - 3:6, 14:4, 15:13, 15:20, 15:23, 16:5, 20:22, 23:2, 27:2, 27:5, 55:14, 56:2, 60:23, 62:25, 63:4
**Philadelphia** [2] -
1:18, 9:20
**Philly** [2] - 9:21, 30:3
**phone** [18] - 25:8, 25:14, 26:1, 26:9, 26:10, 26:21, 27:6, 34:13, 35:1, 35:4, 35:6, 35:12, 35:16, 35:18, 35:22, 35:24,

37:12

**photo** [1] - 13:18

**photocopied** [1] - 68:22

**photos** [4] - 40:9, 57:24, 59:4, 60:3

**physically** [1] - 21:4

**picked** [1] - 11:5

**picket** [1] - 56:8

**picketing** [3] - 3:7, 55:25, 56:4

**picture** [2] - 17:21, 17:25

**pictures** [1] - 60:4

**pissing** [1] - 60:7

**pitched** [1] - 3:10

**place** [4] - 31:14, 46:25, 56:6, 58:6

**placement** [1] - 64:15

**plan** [2] - 12:7, 12:19

**planned** [2] - 11:16, 12:19

**planning** [1] - 36:11

**play** [1] - 33:20

**plea** [19] - 3:5, 20:13, 24:15, 25:21, 25:23, 26:4, 26:6, 26:12, 26:15, 27:2, 27:5, 35:19, 35:20, 36:20, 55:19, 55:20, 60:21, 64:19, 67:14

**pled** [4] - 10:15, 37:1, 40:15, 61:6

**plug** [1] - 33:20

**plumes** [1] - 39:25

**podium** [2] - 6:16, 9:8

**point** [6] - 5:17, 10:5, 21:20, 24:22, 36:17, 45:24

**pointed** [1] - 27:19

**points** [2] - 33:21, 46:11

**police** [15] - 12:7, 14:14, 16:13, 16:15, 21:3, 21:4, 27:25, 40:2, 40:8, 50:10, 53:6, 53:8, 53:9, 53:13

**policy** [1] - 47:4

**political** [2] - 60:9, 61:16

**politically** [1] - 47:10

**politicians** [1] - 57:14

**politics** [5] - 36:21, 36:25, 46:4, 46:5, 46:21

**portions** [1] - 8:23

**pose** [1] - 19:25

**position** [2] - 26:11, 58:9

**possess** [1] - 64:11

**possible** [2] - 7:15, 54:6

**possibly** [1] - 45:21

**post** [8] - 11:8, 11:9, 41:25, 51:10, 57:7, 57:11, 62:23

**posted** [4] - 39:5, 49:7, 59:7, 60:6

**posting** [4] - 36:21, 36:24, 37:2, 45:25

**posts** [6] - 13:11, 13:25, 36:15, 49:17, 49:22, 57:4

**potentially** [1] - 38:10

**power** [3] - 56:14, 62:7, 62:13

**practicable** [1] - 65:6

**precipice** [1] - 28:4

**premade** [1] - 34:24

**preparation** [2] - 11:24, 34:20

**prepared** [2] - 34:22, 35:2

**prepares** [1] - 37:14

**preparing** [1] - 13:12

**preplanned** [1] - 11:1

**preplanning** [10] - 10:25, 11:18, 11:22, 11:23, 11:24, 12:9, 12:10, 12:11, 13:12, 27:8

**prescribed** [1] - 67:2

**presence** [1] - 57:25

**PRESENT** [1] - 1:20

**presentence** [10] - 4:6, 5:4, 5:20, 6:5, 6:13, 8:16, 8:24, 54:16, 66:18, 66:22

**President** [9] - 11:12, 14:1, 14:10, 35:4, 39:13, 45:9, 48:20, 48:22, 52:22

**presidential** [1] - 56:11

**presiding** [1] - 3:24

**presumably** [1] - 39:24

**pretrial** [3] - 23:8, 41:20, 61:12

**prevent** [1] - 17:20

**previous** [1] - 46:1

**previously** [1] - 16:25

**primary** [2] - 37:4, 37:13

**prison** [6] - 15:24, 16:2, 16:20, 20:14, 20:15, 22:3

**private** [2] - 23:10, 59:12

**Probation** [6] - 1:20, 2:5, 65:8, 65:13, 65:15, 66:20

**probation** [40] - 4:5, 5:21, 6:10, 7:4, 8:1, 8:15, 13:2, 14:17, 14:18, 15:21, 15:24, 16:25, 17:20, 18:6, 18:13, 18:14, 20:2, 21:13, 22:10, 22:11, 22:12, 22:15, 38:24, 39:10, 43:19, 54:16, 61:5, 63:1, 63:8, 63:16, 63:25, 64:17, 65:20, 65:21, 65:22, 65:24, 66:18, 66:23, 67:1, 67:3

**probative** [2] - 11:22, 12:13

**problematic** [1] - 36:10

**proceed** [3] - 4:24, 5:1, 29:5

**proceeding** [3] - 5:15, 26:4, 68:17

**proceedings** [4] - 3:12, 3:19, 56:11, 68:20

**Proceedings** [1] - 1:25

**process** [2] - 19:20, 20:20

**processing** [1] - 7:14

**procure** [1] - 40:7

**produced** [1] - 1:25

**productive** [1] - 61:22

**profane** [1] - 39:4

**professional** [1] - 43:20

**program** [2] - 61:4, 65:7

**prohibited** [1] - 3:20

**prohibitions** [1] - 3:20

**proliferated** [1] - 49:9

**promote** [4] - 16:24, 43:15, 55:2, 55:5

**promoting** [1] - 60:12

**pronounce** [1] - 54:12

**propaganda** [4] - 27:20, 27:24, 28:5, 28:8

**propensity** [1] - 31:10

**props** [1] - 42:3

**prosecuted** [1] - 13:22

**prosecuting** [1] - 54:19

**prosecution** [1] - 39:11

**prosecutor** [3] - 4:15, 52:4, 58:24

**protect** [3] - 12:5,

54:4, 61:25

**protected** [1] - 56:7

**protest** [4] - 11:7, 28:14, 48:18, 56:8

**protesting** [3] - 48:15, 48:16, 56:5

**prove** [3] - 17:7, 18:17, 59:3

**provide** [5] - 24:18, 27:6, 55:2, 55:12, 65:22

**provided** [3] - 7:19, 10:4, 20:23

**providers** [2] - 43:21, 43:22

**provides** [4] - 37:22, 37:24, 38:1, 55:20

**providing** [2] - 15:11, 33:18

**provision** [3] - 24:21, 25:23, 26:16

**Provision** [1] - 35:21

**provisions** [2] - 26:19, 63:22

**provocateur** [1] - 28:13

**provocative** [1] - 49:22

**provoke** [1] - 46:6

**PSR** [4] - 5:23, 5:24, 6:9, 6:22

**public** [8] - 3:11, 3:13, 3:17, 15:17, 55:4, 59:13, 61:1, 61:25

**puffery** [1] - 36:13

**pull** [1] - 52:13

**pulled** [2] - 40:18, 40:24

**pulled-off-the-street** [1] - 40:18

**punish** [1] - 24:10

**punished** [2] - 13:22, 19:22

**punishment** [5] - 13:23, 14:1, 24:12, 55:2, 61:4

**purely** [1] - 46:2

**purposes** [3] - 19:7, 54:24, 54:25

**pursuant** [4] - 55:6, 55:21, 63:21, 67:4

**pursuing** [1] - 26:4

**pursuits** [1] - 61:20

**push** [1] - 59:18

**pushed** [1] - 17:6

**put** [7] - 11:2, 13:5, 15:2, 20:12, 21:25, 41:1, 41:22

**puts** [2] - 30:8, 37:16

**putting** [1] - 20:15

**puzzle** [1] - 16:20

## Q

**QAnon** [2] - 29:23, 31:1

**questioned** [2] - 40:3, 40:4

**questions** [3] - 5:14, 31:18, 43:23

**quickly** [1] - 47:21

**quite** [7] - 7:15, 21:15, 32:4, 39:2, 41:22, 49:4

**quote** [2] - 31:1, 60:14

## R

**raising** [1] - 12:24

**rally** [13] - 11:11, 11:16, 11:23, 12:10, 13:12, 13:16, 30:9, 30:12, 30:21, 34:23, 35:4, 48:20, 57:16

**rang** [1] - 35:6

**rather** [3] - 11:14, 31:10, 47:7

**reaction** [1] - 34:9

**read** [7] - 6:4, 12:24, 31:20, 36:10, 58:12, 58:15, 58:16

**reading** [2] - 41:16, 54:17

**ready** [2] - 43:25, 57:5

**real** [3] - 12:13, 16:20, 24:1

**reality** [1] - 41:13

**realized** [1] - 36:18

**really** [13] - 9:22, 19:16, 22:4, 30:21, 45:17, 47:8, 49:9, 49:15, 50:21, 51:1, 51:4, 52:6, 56:19

**reason** [2] - 35:25, 57:24

**reasons** [5] - 5:11, 15:1, 18:12, 35:14, 43:17

**rebroadcasting** [1] - 3:18

**received** [2] - 18:5, 67:13

**recent** [2] - 38:13, 61:5

**recently** [1] - 36:17

**recidivate** [1] - 19:12

**recidivism** [2] - 19:10, 20:1

**recognition** [1] - 31:12

**recognized** [1] - 19:8
**recommendation** [11]
- 4:7, 5:21, 8:17,
12:25, 13:1, 14:18,
16:20, 21:14, 22:17,
23:22, 23:25
**recommendations** [5]
- 21:12, 21:16,
23:21, 24:2, 54:17
**recommended** [6] -
15:7, 15:21, 16:8,
23:12, 43:20, 43:21
**recommending** [3] -
17:24, 23:13, 27:23
**recommitting** [1] -
19:10
**reconcile** [1] - 14:21
**record** [11] - 2:8, 7:10,
7:17, 7:21, 39:1,
58:6, 58:8, 58:12,
58:15, 59:2, 67:19
**recording** [1] - 3:18
**records** [2] - 22:23,
55:10
**reenters** [1] - 14:15
**reference** [1] - 10:14
**referenced** [3] - 4:14,
10:6, 10:7
**referring** [1] - 29:13
**reflect** [1] - 55:1
**reflected** [2] - 26:1,
27:9
**reflects** [1] - 19:6
**Reform** [1] - 63:21
**refrain** [1] - 64:13
**refuse** [2] - 35:12,
35:13
**refused** [2] - 40:15,
40:16
**regard** [3] - 10:23,
22:8, 25:18
**Regarding** [1] - 55:23
**regarding** [4] - 18:22,
24:17, 60:24, 62:24
**registered** [2] - 36:22,
46:22
**regular** [1] - 47:9
**rehabilitation** [1] -
55:5
**rejoined** [1] - 28:10
**relate** [1] - 12:17
**relating** [1] - 27:20
**relationship** [2] - 61:8,
61:19
**release** [5] - 23:8,
41:20, 61:12, 65:23,
66:18
**relevant** [1] - 54:21
**religion** [1] - 48:4
**religious** [1] - 65:10

**remain** [1] - 20:2
**remarks** [2] - 46:6,
60:8
**remember** [1] - 50:12
**remind** [1] - 9:17
**reminded** [1] - 3:17
**remorse** [8] - 18:22,
19:5, 19:13, 19:16,
24:7, 40:16, 56:18,
58:10
**remorseful** [2] - 42:11
**remotely** [1] - 3:12
**removal** [1] - 3:21
**remove** [2] - 6:20,
29:16
**removing** [1] - 38:7
**report** [11] - 4:6, 5:4,
5:20, 6:5, 6:13, 8:16,
8:24, 54:16, 66:19,
66:22
**reported** [1] - 1:25
**Reporter** [3] - 1:21,
1:22, 68:25
**republicanism** [1] -
47:1
**request** [1] - 67:16
**requested** [1] - 65:23
**requests** [1] - 63:6
**require** [2] - 26:20,
35:21
**required** [3] - 14:19,
16:23, 27:15
**requirement** [2] -
27:6, 63:17
**requires** [2] - 5:10,
24:15
**requiring** [1] - 27:4
**residence** [2] - 65:9,
66:21
**resistance** [1] - 12:7
**resolution** [1] - 23:6
**resolve** [1] - 5:5
**respect** [4] - 24:5,
25:3, 25:4, 55:2
**response** [1] - 46:7
**responsibility** [2] -
19:14, 31:24
**rest** [1] - 59:3
**restitution** [10] -
55:12, 55:13, 55:15,
55:17, 55:20, 64:18,
64:23, 66:1, 66:5,
66:11
**restricted** [3] - 3:22,
32:3, 65:9
**result** [1] - 3:21
**resulted** [1] - 18:25
**retail** [1] - 6:1
**retaining** [1] - 40:1
**return** [1] - 66:22

**returning** [1] - 38:4
**reveals** [1] - 19:1
**review** [2] - 4:1, 9:1
**reviewed** [1] - 4:5
**rhetoric** [1] - 29:10
**riot** [7] - 35:10, 50:10,
56:8, 60:1, 60:4,
60:13, 60:18
**rioters** [3] - 17:10,
57:17, 62:21
**risk** [2] - 19:9, 19:25
**robbery** [1] - 33:15
**Robert** [1] - 40:10
**role** [2] - 48:10, 48:11
**Room** [1] - 66:10
**rough** [1] - 34:18
**rowdy** [1] - 57:19
**RPR** [3] - 1:21, 68:19,
68:25
**rubric** [1] - 40:22
**rule** [1] - 56:24
**run** [1] - 44:23

## S

**safe** [1] - 49:12
**safety** [1] - 49:10
**SAINT** [1] - 68:19
**Saint** [2] - 1:21, 68:25
**SAINT-LOTH** [1] -
68:19
**Saint-Loth** [2] - 1:21,
68:25
**Sam** [1] - 2:14
**Samuel** [3] - 2:4, 3:5,
63:23
**SAMUEL** [1] - 1:5
**sanctions** [2] - 3:21,
3:23
**Saraswati** [1] - 47:17
**sarcastic** [1] - 45:19
**sat** [1] - 40:8
**satisfied** [2] - 8:9,
63:15
**saw** [17] - 17:4, 17:5,
17:13, 32:25, 33:3,
33:6, 33:8, 39:16,
39:24, 41:21, 50:10,
53:6, 53:8, 53:22,
57:17
**scaled** [1] - 40:1
**scene** [1] - 57:22
**school** [3] - 37:15,
53:22, 61:15
**Schornak** [1] - 40:10
**science** [1] - 61:16
**search** [1] - 25:16
**seated** [5] - 3:3, 5:18,
6:3, 8:21, 54:13

**second** [3] - 5:6, 9:2,
9:9
**section** [1] - 15:2
**Section** [14] - 5:13,
9:5, 21:10, 23:3,
54:22, 55:6, 55:16,
55:22, 56:1, 63:22,
64:3, 64:19, 67:4,
67:9
**security** [1] - 49:10
**see** [15] - 12:10, 13:10,
16:14, 25:14, 26:18,
27:7, 27:18, 30:23,
34:6, 41:17, 48:22,
50:8, 57:13, 57:14
**seeing** [2] - 40:17,
57:8
**seek** [1] - 31:11
**seeking** [1] - 42:5
**seem** [1] - 59:11
**selfie** [5] - 16:17, 20:9,
24:3, 42:1, 59:7
**Senate** [6] - 14:7,
17:5, 17:10, 59:6,
59:14, 60:5
**senator's** [1] - 23:10
**sends** [1] - 37:15
**sense** [1] - 43:8
**sent** [2] - 4:15, 52:4
**sentence** [34] - 5:8,
5:11, 5:12, 9:4,
10:23, 15:18, 15:19,
16:23, 19:17, 19:23,
27:22, 32:20, 38:23,
43:4, 43:18, 54:8,
54:9, 54:12, 54:23,
55:1, 55:3, 55:9,
58:12, 61:23, 61:24,
62:5, 62:11, 63:2,
63:4, 63:20, 66:21,
67:5, 67:11, 67:18
**sentenced** [5] - 19:15,
23:17, 59:24, 61:4,
63:24
**sentences** [3] - 43:4,
55:9, 62:24
**sentencing** [47] - 3:5,
3:9, 3:16, 4:1, 4:2,
4:5, 4:7, 4:9, 4:10,
4:16, 4:24, 5:1, 5:14,
5:21, 8:16, 8:18,
8:25, 10:4, 10:9,
10:13, 12:25, 14:19,
14:20, 14:21, 15:1,
15:14, 19:5, 19:7,
21:9, 21:12, 23:22,
23:25, 24:18, 24:24,
24:25, 29:7, 36:18,
41:16, 44:14, 54:15,
54:17, 54:24, 62:2,

63:12, 63:17, 67:15
**Sentencing** [2] -
15:15, 63:21
**SENTENCING** [1] - 1:7
**sentencings** [1] -
31:21
**serious** [3] - 27:8,
53:16, 59:21
**seriously** [1] - 23:20
**seriousness** [5] -
19:6, 19:8, 55:1,
56:17, 62:3
**served** [1] - 22:14
**service** [2] - 38:25,
39:22
**services** [1] - 65:10
**set** [4] - 4:4, 5:12,
5:24, 54:21
**seven** [1] - 37:22
**several** [2] - 57:4, 60:2
**shall** [8] - 29:20, 64:4,
64:21, 66:5, 66:15,
66:18, 66:22, 68:21
**shame** [1] - 42:19
**share** [2] - 60:9, 65:24
**Sherrill** [1] - 66:9
**Shiva** [1] - 47:17
**shooting** [1] - 39:13
**shorthand** [1] - 1:25
**shouting** [3] - 51:17,
51:23, 53:2
**show** [6] - 17:3, 19:13,
50:13, 57:25, 58:2
**showing** [1] - 17:22
**shown** [1] - 59:7
**shows** [1] - 61:21
**sic** [3] - 10:7, 26:4,
50:10
**side** [4] - 8:22, 43:8,
46:7, 51:5
**sides** [1] - 23:21
**sign** [2] - 42:8, 51:16
**signatory** [1] - 68:22
**signed** [1] - 27:12
**significant** [2] - 23:4,
62:1
**signs** [2] - 34:24,
51:16
**similar** [2] - 55:10,
55:11
**similarities** [1] - 32:22
**simply** [1] - 41:23
**sincere** [1] - 53:15
**sit** [1] - 68:2
**situation** [3] - 42:14,
45:16, 50:11
**six** [2] - 30:2, 44:22
**slow** [1] - 47:23
**small** [1] - 57:18

**smart** [1] - 19:1
**smoke** [1] - 39:25
**smoking** [1] - 61:10
**social** [10] - 22:6, 24:19, 25:25, 26:8, 34:5, 36:9, 39:5, 45:18, 60:11, 62:18
**sole** [1] - 37:13
**someone** [2] - 25:1, 40:12
**someplace** [1] - 12:2
**sometimes** [3] - 38:4, 38:15, 38:16
**somewhat** [2] - 16:15, 56:16
**sons** [1] - 37:11
**soon** [1] - 65:6
**sophisticated** [1] - 27:8
**sorry** [11] - 18:24, 28:25, 37:18, 42:12, 42:17, 42:20, 47:20, 47:22, 54:3, 58:13
**sort** [22] - 29:21, 30:6, 30:17, 30:18, 31:24, 32:19, 32:22, 33:2, 33:11, 33:18, 33:20, 34:4, 36:7, 36:17, 36:24, 38:5, 38:12, 40:3, 45:18, 47:13, 51:9
**sought** [2] - 39:17, 41:20
**sound** [1] - 3:10
**space** [1] - 58:19
**special** [6] - 13:2, 63:7, 63:25, 64:2, 64:21, 66:25
**specific** [7] - 27:21, 32:13, 41:2, 41:7, 42:9, 62:17, 63:15
**specifically** [2] - 43:13, 65:13
**specify** [1] - 33:12
**speech** [1] - 60:19
**spend** [2] - 35:25, 46:8
**spending** [2] - 13:20, 59:8
**spent** [4] - 23:9, 30:1, 30:5, 39:5
**spill** [1] - 24:11
**split** [2] - 63:2, 63:3
**spray** [2] - 11:25, 16:12
**spread** [3] - 28:6, 28:7, 60:18
**spreading** [1] - 27:20
**Sri** [1] - 47:19
**St** [1] - 1:13
**stable** [2] - 61:8, 61:19

**stairs** [1] - 14:13
**stand** [3] - 4:25, 8:8, 16:19
**standard** [1] - 64:5
**standards** [1] - 40:24
**Standing** [1] - 3:18
**start** [8] - 10:21, 10:24, 12:20, 45:9, 46:7, 46:22, 53:19
**started** [1] - 46:2
**starting** [2] - 2:8, 60:25
**starts** [2] - 12:14, 57:9
**state** [4] - 2:7, 7:1, 63:20, 64:9
**statement** [4] - 12:15, 13:13, 45:15, 54:20
**statements** [4] - 6:8, 36:9, 60:11, 62:18
**STATES** [3] - 1:1, 1:3, 1:8
**States** [3] - 2:3, 2:10, 43:6
**static** [1] - 1:24
**statistics** [1] - 15:15
**statues** [1] - 47:16
**statute** [4] - 5:13, 14:20, 55:14, 56:3
**statutes** [1] - 55:16
**statutory** [3] - 21:8, 63:16, 67:6
**stay** [4] - 29:1, 44:3, 54:7, 54:13
**stayed** [2] - 18:11, 20:17
**steal** [1] - 59:15
**stealing** [1] - 21:6
**stenographic** [1] - 68:20
**Stenz** [2] - 23:2, 40:6
**step** [10] - 5:2, 5:6, 5:10, 5:19, 6:15, 9:2, 9:8, 28:23, 44:2, 44:5
**steps** [1] - 5:2
**stick** [1] - 47:14
**sticker** [1] - 39:4
**still** [11] - 14:8, 14:11, 19:2, 19:16, 19:21, 19:23, 26:10, 29:20, 45:13, 49:23
**stole** [1] - 40:14
**stolen** [1] - 48:25
**stop** [3] - 12:7, 52:19, 56:21
**stopped** [2] - 36:20, 61:10
**stopping** [2] - 19:20, 20:19
**storming** [1] - 50:6

**straight** [1] - 63:13
**strange** [2] - 45:17, 52:7
**street** [4] - 2:15, 40:18, 40:25, 51:23
**Street** [2] - 1:12, 1:16
**streets** [1] - 38:7
**strewn** [1] - 37:9
**strictly** [1] - 3:20
**strongest** [2] - 16:22, 18:12
**struggled** [2] - 33:13, 38:4
**student** [1] - 46:4
**studied** [1] - 61:17
**studies** [1] - 61:16
**stuff** [6] - 34:14, 41:25, 46:2, 48:8, 51:14, 51:23
**subject** [2] - 1:23, 15:13
**submission** [1] - 4:14
**submit** [5] - 36:16, 40:21, 43:17, 64:14, 65:5
**submitted** [9] - 4:8, 4:11, 4:13, 5:22, 6:12, 8:17, 29:7, 41:4, 54:18
**substance** [4] - 61:9, 64:12, 64:14, 65:11
**suddenly** [1] - 35:6
**sufficient** [2] - 54:23, 62:5
**suggest** [6] - 32:18, 32:19, 34:21, 34:22, 35:13, 40:22
**Suite** [1] - 1:17
**Sunstrum** [1] - 10:7
**superior** [1] - 2:24
**supervision** [9] - 20:2, 24:13, 41:9, 43:12, 64:4, 64:6, 64:7, 64:15
**supplemented** [1] - 8:25
**support** [6] - 22:17, 47:10, 47:15, 50:2, 50:20, 51:2
**supported** [1] - 47:3
**supporting** [2] - 23:21, 50:20
**supports** [2] - 37:3, 48:7
**supposed** [3] - 10:14, 14:21, 51:19
**surprised** [1] - 35:5
**susceptible** [1] - 41:12
**swayed** [1] - 31:11

**swept** [2] - 29:11, 30:25
**system** [3] - 31:13, 33:9, 59:19

# T

**table** [1] - 13:6
**tactical** [4] - 12:1, 12:18, 34:24, 40:14
**talks** [5] - 35:5, 42:17, 42:19, 42:20, 43:2
**tampering** [1] - 49:14
**task** [1] - 56:12
**taunt** [1] - 59:17
**taunted** [1] - 39:6
**taxes** [1] - 37:22
**tear** [1] - 12:6
**technology** [2] - 1:24, 65:14
**teleconference** [1] - 3:17
**telephonically** [1] - 1:23
**Temple** [1] - 47:19
**ten** [1] - 15:7
**term** [8] - 22:15, 24:13, 43:19, 63:1, 63:12, 63:13, 63:24
**termination** [1] - 66:24
**terms** [8] - 10:22, 13:12, 17:2, 21:3, 21:16, 22:6, 41:2, 61:14
**test** [1] - 64:14
**tests** [2] - 61:11, 64:16
**Texas** [1] - 47:7
**that's..** [1] - 53:10
**THE** [176] - 1:1, 1:8, 1:10, 1:15, 2:2, 2:11, 2:15, 2:17, 2:22, 3:2, 3:3, 3:11, 4:20, 4:23, 5:16, 5:18, 6:2, 6:7, 6:15, 6:18, 6:20, 7:3, 7:7, 7:22, 7:25, 8:3, 8:7, 8:11, 8:14, 8:19, 8:20, 9:8, 9:12, 9:15, 9:17, 9:21, 9:24, 10:9, 10:12, 10:16, 10:19, 11:8, 11:11, 11:14, 11:18, 11:21, 12:5, 12:13, 12:22, 13:5, 13:8, 13:10, 14:10, 14:24, 15:9, 17:9, 17:12, 17:15, 17:23, 18:3, 19:4, 20:6, 21:19, 21:22, 21:25, 22:3, 22:13,

22:19, 22:23, 22:25, 24:6, 25:10, 25:13, 25:19, 25:21, 25:25, 26:3, 26:6, 26:14, 26:18, 26:24, 27:1, 27:13, 27:15, 27:18, 28:7, 28:17, 28:19, 28:22, 28:25, 29:2, 29:5, 29:16, 29:18, 29:23, 30:11, 31:15, 31:19, 32:2, 32:6, 32:9, 32:12, 35:17, 41:5, 41:11, 43:24, 44:2, 44:5, 44:6, 44:7, 44:8, 44:13, 44:15, 44:18, 44:19, 44:20, 44:21, 45:4, 45:6, 45:7, 45:11, 45:12, 45:14, 46:14, 46:16, 46:18, 46:19, 47:20, 47:22, 47:23, 47:24, 47:25, 48:2, 48:14, 48:17, 48:24, 49:1, 49:19, 50:1, 50:14, 50:16, 50:17, 50:18, 52:1, 52:3, 52:4, 52:5, 52:8, 52:9, 52:10, 52:11, 52:17, 52:21, 52:22, 52:24, 53:24, 54:1, 54:7, 54:13, 54:15, 56:25, 57:1, 58:4, 58:7, 58:16, 58:19, 58:23, 59:1, 67:21, 67:23, 68:1, 68:2, 68:6, 68:10, 68:14, 68:16
**theft** [1] - 61:1
**themselves** [2] - 18:1, 51:18
**theories** [5] - 29:10, 31:7, 41:13, 43:7, 48:25
**therapy** [1] - 41:21
**thereafter** [1] - 64:16
**therefore** [6] - 1:23, 56:10, 63:14, 63:19, 65:1, 65:2
**thinking** [2] - 30:25, 43:10
**thorny** [1] - 63:3
**threaten** [1] - 59:17
**threatening** [1] - 21:3
**three** [7] - 5:1, 39:18, 39:20, 39:23, 44:22, 60:25, 64:13
**throughout** [1] - 60:3
**throw** [1] - 48:7
**thumb** [1] - 35:16
**tiny** [1] - 30:3

**tiredness** [1] - 45:16
**title** [1] - 56:3
**titled** [1] - 35:20
**today** [8] - 19:21, 21:8, 31:4, 52:17, 54:21, 58:17, 58:21, 68:11
**toe** [3] - 20:12, 20:16, 22:1
**together** [2] - 30:2, 30:5
**tolerating** [1] - 44:9
**tone** [1] - 38:16
**took** [11] - 17:25, 18:23, 20:9, 25:1, 36:16, 38:17, 39:3, 57:24, 59:4, 60:3, 60:17
**tools** [1] - 16:12
**top** [2] - 6:14, 6:22
**Torrens** [1] - 39:20
**total** [6] - 14:17, 15:22, 16:4, 23:11, 65:18
**totality** [1] - 33:9
**totally** [1] - 51:4
**touch** [1] - 59:11
**tough** [1] - 57:22
**tour** [1] - 60:14
**towards** [2] - 6:13, 43:7
**town** [1] - 30:4
**toys** [1] - 37:9
**Trade** [1] - 47:6
**traffic** [1] - 61:6
**traitor** [1] - 57:14
**TRANSCRIPT** [1] - 1:7
**transcript** [4] - 1:25, 68:20, 68:20, 68:22
**transcription** [1] - 1:25
**transition** [3] - 56:13, 62:7, 62:13
**transpired** [1] - 60:19
**travelers** [2] - 11:4, 47:2
**traveling** [1] - 57:3
**treatment** [8] - 43:3, 43:20, 43:21, 43:22, 65:11, 66:22, 66:24, 67:2
**trees** [1] - 31:25
**trend** [1] - 31:13
**tried** [3] - 2:20, 31:21, 36:6
**trip** [2] - 11:1, 53:22
**trouble** [3] - 3:13, 44:25, 53:20
**true** [3] - 28:3, 68:19, 68:20
**Trump** [15] - 12:14,

12:20, 13:11, 13:16, 30:9, 30:11, 30:21, 39:13, 47:3, 48:7, 48:20, 49:2, 49:15, 57:9, 57:16
**Trump's** [1] - 35:4
**try** [3] - 18:24, 45:1, 45:23
**trying** [8] - 2:18, 2:20, 39:12, 42:5, 42:25, 53:7, 53:9, 56:23
**tunnels** [1] - 53:21
**turn** [7] - 3:14, 9:6, 12:23, 26:21, 27:12, 40:1, 57:21
**turncoat** [1] - 51:6
**turns** [2] - 13:18, 34:7
**TV** [1] - 34:14
**twice** [1] - 14:16
**two** [29] - 11:3, 13:17, 13:20, 13:23, 13:24, 16:11, 16:16, 17:19, 20:9, 24:3, 30:24, 33:15, 35:9, 37:3, 37:4, 37:11, 40:17, 40:18, 41:14, 44:22, 55:15, 59:8, 61:9, 61:15, 63:10, 64:11, 64:15, 65:6
**type** [2] - 36:23, 42:15
**types** [2] - 55:8, 62:24
**typically** [2] - 7:13, 26:18
**typo** [1] - 7:16

**U**

**U.S** [9] - 15:15, 33:5, 65:7, 65:13, 65:15, 65:25, 66:6, 66:13, 66:20
**U.S.C** [14] - 5:13, 9:5, 21:10, 23:3, 54:22, 55:6, 55:16, 55:22, 56:1, 63:22, 64:3, 64:19, 67:4, 67:9
**um-hum** [1] - 52:9
**unable** [2] - 56:9, 67:15
**unambiguous** [1] - 42:8
**unavailable** [1] - 67:11
**unbearable** [1] - 42:19
**under** [5] - 3:17, 20:2, 21:10, 41:8, 67:3
**undergraduate** [1] - 61:16
**underground** [1] - 53:21

**understood** [1] - 10:16
**undisputed** [1] - 8:24
**unfortunate** [1] - 56:19
**unfortunately** [1] - 33:25
**United** [3] - 2:3, 2:10, 43:6
**UNITED** [3] - 1:1, 1:3, 1:8
**unlawful** [18] - 13:21, 19:7, 19:15, 19:17, 19:24, 20:7, 20:18, 24:11, 32:4, 57:19, 59:21, 59:25, 60:20, 60:22, 62:16, 63:10, 64:13
**unlawfully** [2] - 59:11, 64:11
**unless** [1] - 24:10
**unlike** [1] - 59:10
**unnecessary** [1] - 32:22
**unrelated** [1] - 57:14
**unwarranted** [8] - 14:20, 15:18, 21:9, 32:21, 32:22, 55:9, 63:12, 63:17
**up** [17] - 2:18, 2:19, 4:25, 11:3, 11:5, 11:6, 14:13, 18:20, 30:10, 30:17, 35:1, 38:20, 41:18, 47:9, 49:5, 52:13, 62:7
**uphold** [1] - 56:23
**uploaded** [1] - 60:2
**USAO** [1] - 1:11
**useful** [1] - 15:12

**V**

**vaccinated** [2] - 6:18, 44:18
**validation** [1] - 42:7
**Vedanta** [1] - 36:24
**Venkateswara** [1] - 47:19
**versus** [1] - 2:3
**vest** [1] - 40:14
**vests** [3] - 12:1, 34:24
**via** [2] - 1:23, 2:6
**Vice** [2] - 14:10, 52:22
**victim** [1] - 66:7
**victims** [1] - 55:12
**video** [2] - 9:1, 39:12
**videoconference** [3] - 1:23, 2:6, 3:19
**view** [2] - 46:11, 46:21

**views** [1] - 23:22
**violation** [3] - 3:20, 23:3, 56:1
**violence** [17] - 11:24, 12:3, 12:6, 12:8, 12:11, 13:12, 13:15, 16:13, 17:4, 34:3, 34:6, 34:9, 42:22, 52:15, 57:20, 58:14
**violent** [2] - 28:14, 60:15
**Virginia** [1] - 39:3
**visit** [1] - 57:6
**visited** [1] - 37:8
**void** [1] - 68:21
**voluntarily** [1] - 24:25
**volunteered** [1] - 11:6
**vote** [1] - 52:16
**voted** [2] - 49:4, 49:6
**voter** [2] - 36:23, 57:9
**voting** [2] - 49:12, 49:14
**vs** [1] - 1:4

**W**

**waited** [3] - 17:13, 17:14, 17:18
**waive** [2] - 65:1, 65:3
**wake** [1] - 41:18
**wake-up** [1] - 41:18
**walk** [1] - 57:21
**walked** [1] - 20:8
**walking** [4] - 8:13, 34:8, 51:13, 60:13
**walks** [1] - 13:18
**wall** [2] - 39:4, 40:1
**Walnut** [1] - 1:16
**wander** [1] - 59:13
**wants** [1] - 42:14
**war** [9] - 12:14, 12:21, 13:14, 45:8, 45:10, 45:13, 45:15, 57:5, 57:10
**warrant** [5] - 16:19, 24:12, 25:16, 26:7, 26:23
**Washington** [5] - 1:6, 37:6, 57:3, 66:10, 66:14
**waste** [1] - 46:9
**watch** [1] - 57:22
**watched** [1] - 33:3
**watching** [3] - 33:4, 33:5, 34:14
**wave** [1] - 17:15
**ways** [1] - 12:6
**weapon** [1] - 12:18
**weapons** [1] - 12:19

**wearing** [2] - 12:1, 37:7
**week** [1] - 14:2
**weighs** [1] - 62:13
**weight** [1] - 42:19
**West** [1] - 1:17
**Westboro** [1] - 51:22
**Westmoreland** [1] - 37:20
**whim** [1] - 11:1
**white** [3] - 28:15, 57:18, 60:16
**whole** [4] - 33:15, 33:16, 45:16, 46:2
**wild** [1] - 34:18
**wildly** [1] - 40:19
**win** [1] - 48:21
**window** [9] - 14:3, 14:5, 17:7, 33:25, 34:2, 57:18, 59:6, 60:5
**windows** [2] - 21:5, 28:13
**wing** [4] - 17:5, 17:10, 59:6, 60:5
**wiser** [1] - 29:9
**wish** [5] - 5:7, 6:16, 9:3, 51:1, 52:13
**wished** [1] - 18:8
**wishes** [2] - 7:1, 31:5
**Wishes** [1] - 29:8
**witnessed** [1] - 62:3
**witnessing** [1] - 57:20
**woman** [2] - 28:15, 60:16
**wondering** [1] - 49:10
**word** [1] - 30:10
**words** [5] - 42:10, 42:16, 42:24, 43:14, 57:21
**world** [4] - 20:20, 20:22, 21:8, 62:9
**worse** [1] - 30:8
**worst** [1] - 57:8
**worth** [1] - 35:24
**write** [1] - 52:1
**writing** [2] - 18:21, 18:25
**writings** [1] - 31:2
**wrote** [4] - 27:13, 42:10, 52:8, 57:12

**Y**

**years** [12] - 17:1, 39:22, 46:1, 47:4, 49:3, 49:14, 50:13, 56:13, 61:2, 61:15, 63:24

**yelling** [2] - 37:13,
  46:8
**yinz** [1] - 57:14
**young** [3] - 19:1,
  35:15, 37:11
**yourself** [3] - 12:5,
  52:2, 52:8
**YouTube** [1] - 51:16

## Z

**zero** [1] - 41:13
**zombie** [1] - 39:14
**zombies** [1] - 39:14
**zoom** [1] - 31:7